# Attachment C
# Amendment to the Emergency Order

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
REGION 4

| | |
|---|---|
| IN THE MATTER OF:<br><br>City of Jackson, Mississippi,<br><br>  Respondent.<br><br>Public Water System, PWS ID. No. MS0250008. | Docket No. SDWA-04-2020-2300<br><br>**AMENDMENT TO EMERGENCY ADMINISTRATIVE ORDER**<br><br>Proceeding pursuant to Section 1431(a) of the Safe Drinking Water Act, 42 U.S.C. § 300i(a). |

## FIRST AMENDMENT TO EMERGENCY ADMINISTRATIVE ORDER

1. The U.S. Environmental Protection Agency issued an Emergency Administrative Order (Order), effective April 2, 2020, to Respondent, City of Jackson, Mississippi (Respondent).

2. On April 28, 2020, the EPA and Respondent held the first meeting required under Paragraph 43(c) of the Order. During that meeting, Respondent requested clarification regarding the triggering event under Subparagraph 39(c)(ii) for implementation of the Alternative Water Source Plan (AWSP) required under Order.

3. Pursuant to the authority of Section 1431(a) of the Safe Drinking Water Act, 42 U.S.C. § 300i(a), THE DIRECTOR HEREBY ORDERS THAT PARAGRAPH 39(c)(ii) OF THE ORDER BE REMOVED AND REPLACED WITH THE FOLLOWING:

    a. If, based upon Respondent's daily special purpose samples required under Paragraphs 37 and 38 of the Order, the PWS has a total coliform-positive sample the Respondent shall begin implementation of the AWSP within 24 hours of receiving such sampling results. Respondent shall continue implementing the AWSP until all daily special purpose sample results are total coliform negative. *Note*: The AWSP may consider, in certain situations as specified in 39(a), that only a portion of the population is impacted by the triggering event and therefore, alternative water only needs to be provided to those impacted.

4. Except as expressly agreed in the foregoing paragraphs, this First Amendment to the Order does not otherwise affect, alter, or amend the requirements of the Order.

5. This First Amendment to the Order shall become effective upon receipt by the Respondent.

**FOR THE U.S. ENVIRONMENTAL PROTECTION AGENCY:**

**CAROL KEMKER**      Digitally signed by CAROL KEMKER
Date: 2020.05.28 14:25:12 -04'00'

Carol L. Kemker, Director     Date
Enforcement and Compliance Assurance Division
Region 4