IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
Northern Division

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF JACKSON, MISSISSIPPI,<br><br>Defendant. | Case No. 3:22-cv-00686-HTW-LGI |

## UNOPPOSED MOTION TO ENTER INTERIM STIPULATED ORDER

Plaintiff, the United States of America, on behalf of the U.S. Environmental Protection Agency, moves the Court to sign and enter the proposed Interim Stipulated Order appended as **Attachment A**. In support of its motion, the United States contemporaneously files a Memorandum Brief and the following documents:

 Attachment A: Proposed Interim Stipulated Order;

 Attachment B: Declaration of Brian Smith;

 Attachment C: Declaration of Bryan Myers; and

 Attachment D: Declaration of Edward Henifin.

## CONCLUSION

The Court should sign and enter the proposed Interim Stipulated Order for the reasons stated in the United States' Memorandum Brief. Defendant, the City of Jackson, Mississippi ("the City"), consents to the relief requested in the United States' motion. The proposed Order would (1) set forth a Priority Projects List with critical steps needed to stabilize the City's drinking water system, remedy problems that contributed to the water crisis, and establish

sustainable practices for the future; (2) appoint Mr. Edward "Ted" Henifin as the Interim Third-Party Manager to manage and operate the City's drinking water system and implement the Priority Projects List; and (3) stay this matter for a period of six months, during which time the Parties will begin negotiations on a consent decree that addresses the City's long-term compliance with the Safe Drinking Water Act.

Respectfully submitted,

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice

/s/ Karl Fingerhood
KARL FINGERHOOD (PA Bar No. 63260)
ANGELA MO (CA Bar No. 262113)
STEFAN J. BACHMAN (SC Bar No. 102182)
DEVON LEA FLANAGAN (VA Bar No. 87444)
Attorneys
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 514-7519
Fax: (202) 616-2427
Email: Karl.Fingerhood@usdoj.gov
   Angela.Mo@usdoj.gov
   Stefan.Bachman@usdoj.gov
   Devon.Flanagan@usdoj.gov

DARREN J. LAMARCA
United States Attorney for the
Southern District of Mississippi

        ANGELA GIVENS WILLIAMS
        Chief, Civil Division
        Assistant United States Attorney

        */s/ Jennifer Case*
        JENNIFER CASE (MS Bar No. 104238)
        Assistant United States Attorney
        United States Attorney's Office
        501 East Court Street, Suite 4.430
        Jackson, Mississippi 39201
        Tel: (601) 965-4480

OF COUNSEL:

SUZANNE RUBINI
SUZANNE ARMOR
MICHELE WETHERINGTON
United States Environmental Protection Agency
Region 4
61 Forsyth Street S.W.
Atlanta, Georgia 30303

JAMES VINCH
United States Environmental Protection Agency
Office of Enforcement and Compliance Assurance
1200 Pennsylvania Avenue, N.W.
Washington, D.C. 20460