# ATTACHMENT D

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
(Northern Division)

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF JACKSON, MISSISSIPPI,<br><br>Defendant. | Case No. 3:22-cv-00686-HTW-LGI<br><br>**DECLARATION OF EDWARD HENIFIN IN SUPPORT OF UNITED STATES' MOTION TO ENTER INTERIM STIPULATED ORDER** |

I, Edward Henifin, pursuant to 28 U.S.C. § 1746, declare as follows:

1. Exhibit 1 to this declaration is a true and accurate copy of my *curriculum vitae*.

2. In addition to the professional experience described in my *curriculum vitae*, I have firsthand experience working on matters in the City of Jackson, Mississippi's ("the City's") drinking water system.

3. I began working with the City's drinking water system in July 2022 as part of my job with the U.S. Water Alliance. Initially, my focus was on supporting a project to address the system's governance and finance.

4. Following the August 2022 flood that left most of the City's drinking water system users without running water, the U.S. Water Alliance developed a plan to augment the City's management staff to assist the City in restoring water operations by providing two experienced senior utility executives (*i.e.*, "Loaned Executives) as subject matter experts who would work with the City's Public Works Director, provide counsel and advice on utility issues to the mayor and his staff, and keep them informed and connected to the appropriate resources.

1

5. The U.S. Water Alliance assigned me to participate as a Loaned Executive, and I arrived in the City of Jackson on September 14, 2022.

6. Since arriving in mid-September, I have spent weeks on the ground in the City, participating in meetings with the Unified Incident Command and building relationships with the Mississippi State Department of Health (MSDH) regulators, Drinking Water State Revolving Fund loan administrators, and other key stakeholders. As a member of the Unified Command, I have worked with the MSDH, the U.S. Environmental Protection Agency, the Mississippi Emergency Management Agency, and the Federal Emergency Management Agency.

7. I have met with the mayor's staff and attended City Council meetings. I have spent time in the field looking for distribution line leaks and valves, and I am familiar with the problems at the O.B. Curtis and the J.H. Fewell Water Treatment Plants that have contributed to the City's current drinking water crisis. I have drafted correspondence for the Director of Public Works, drafted contracts, and provided advice and counsel on a range of matters, including immediate and long-term funding priorities and agreements. I have also leveraged the contacts that I have developed over my 40 years in the water and public works sectors to help secure a national firm's development of a hydraulic model of the City's system, pro bono, and I obtained estimates and recommendations for, among other things, valve location and assessment work, and replacement chlorination equipment.

8. I also worked closely with the technical staffs of the City, EPA, and MSDH in developing the Priority Project List for the City's drinking water system that is attached to the proposed Interim Stipulated Order.

//

9. During my time in the City, I work an average of 12 hours per day, seven days a week.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this **27TH** day of **NOV**, 2022, in **HAMPTON, VIRGINIA**.

_____
Edward G. Henifin

**Attachment:** *Curriculum Vitae*

# Exhibit 1:

# *Curriculum Vitae*

# Edward G. Henifin (Ted)

**Experience**

2022 – Present   US Water Alliance
**Senior Fellow**
- Support work to build capacity to assist disadvantaged communities access BIL funding through the SRF
- Provide utility perspective and review for various initiatives and programs

2006–2022   Hampton Roads Sanitation District   Virginia Beach, VA
**General Manager**
- Chief executive officer of regional wastewater treatment agency
- District covers 3100 sq miles and serves 1.7 million people
- Manage staff of 800+
- Responsible for annual operating budget of $285 million
- 2018-2027 capital investment program in excess of $2.35 billion
- Issued over $700 million in bonds since 2008 including Senior and Subordinate Revenue Bonds, Variable Rate Demand Bonds and Build America Bonds – total outstanding debt approximately $850 million
- Extensive experience with development of financial policies, long range financial forecasting, presentations to rating agencies
- Lead negotiator for Federal Consent Decree with significant affordability issues
- Extensive experience developing full-cost rate proposals for governing body approval – approved rate increases in excess of 224% since 2006

1997–2006   City of Hampton   Hampton, VA
**Director of Public Works**
- Managed multi-disciplined department with 375+ full time employees
- Provided daily critical services to 146,000 residents
- Responsible for solid waste, wastewater, storm water, streets and traffic systems, engineering, facilities, waste-to-energy
- Developed and executed $34 million annual budget

1992-1997   Navy Public Works Center   Norfolk, VA
**Deputy Site Manager, Little Creek Site**
- Senior civilian managing multi-disciplined public works operation -300+ full-time employees
- Responsible for all public works services including facility maintenance for over 1,000,000 SF of operational space and 1000 units of family housing
- Converted department to a regionally managed Public Works Center Site with full cost recovery

1989-1992    Naval Amphibious Base, Little Creek        Norfolk, VA
**Director of Engineering Division, Public Works Department**
- Managed multi-disciplined in-house design staff
- Administered annual professional services contracts

1987-1989    Norfolk Redevelopment and Housing Authority  Norfolk, VA
**Senior Engineer**
- Administered design contracts for redevelopment projects
- Coordinated joint permit applications

1985-1987    Naval Amphibious Base, Little Creek        Norfolk, VA
**Architectural, Structural and Civil Branch Head, Engineering Division, Public Works Department**

1985         Atlantic Division, Naval Facilities Engineering Command
**Civil Engineer, Maintenance Division**

1982-1985    Naval Amphibious Base, Little Creek        Norfolk, VA
**Civil Engineer, Engineering Division, Public Works Department**

1982         Navy Public Works Center                   Norfolk, VA
**Civil Engineer, Facilities Planning Division**

| | |
|---|---|
| **Education** | BS Civil Engineering, University of Virginia |
| **Registration** | Registered Professional Engineer, Virginia (MS Applied for) |
| **Professional and Civic Engagement** | 2015 Civic Leadership Institute |
| | 2009 LEAD Virginia |
| | 2022 – Present – Elizabeth River Project<br>**Board Member** |
| | 2017 – Present - US EPA Environmental Financial Advisory Board<br>**Member** |
| | 2016 – 2022 – WHRO Public Media<br>**Board Member** |
| | 2014 - Present - Langley Federal Credit Union<br>**Director, Chair** |
| | 2012 - Present - First Presbyterian Church, Hampton<br>**Treasurer** |
| | 2006 – Present - Hampton Neighborhood Development Partnership<br>**Board Member, Treasurer, President** |

2012 – 2022 - Virginia Forever
**Board Member, Board Member Emeritus**

2011-2020 - National Association of Clean Water Agencies
**Board Member**

2008 – 2016 - Virginia Association of Municipal Wastewater Agencies
**Board Member, President**

2006 – 2014 - Downtown Hampton Child Development Center
**Board Member President**

2004 - 2014 - American Red Cross, Hampton Roads Chapter
**Board Member, Chair**

2003 - 2018 - George Wythe Recreation Association
**President and Treasurer**