IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
Northern Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| | ) Case No. 3:22cv686-HTW-LGI |
| v. | ) ) ) |
| THE CITY OF JACKSON, MISSISSIPPI, | **)** ) ) |
| Defendant. | ) ) |

**ORDER**

The Court has considered the United States' unopposed motion asking the Court to enter the proposed Interim Stipulated Order. Dkt. No. 2. For the reasons stated in the memorandum in support of the motion and in the light of the fact that the motion is unopposed, and that the proposed order is signed by all parties thereto, the Court grants the unopposed motion. Consequently, said motion is GRANTED and the Interim Stipulated Order is ENTERED. The interim order will be filed as a separate docket entry.

SO ORDERED AND ADJUDGED this the 29th day of November, 2022.

/s/HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE