# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:22-cv-00686-HTW-LGI |
| | ) |
| THE CITY OF JACKSON, MISSISSIPPI, | ) |
| | ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

Please take notice that Malissa Wilson, with the law firm of Forman Watkins & Krutz LLP, 210 East Capitol Street, Suite 2200, Jackson, Mississippi 39201, files this Entry of Appearance as counsel of record for JXN Water, the Interim Third-Party Manager of the Jackson Water System, in the above-styled matter. The undersigned requests that all pleadings, papers, and other matters be directed accordingly.

Respectfully submitted, this the 3rd day of January, 2023.

        **JXN WATER,**

        /s/ *Malissa Wilson*
        Malissa Wilson (MSB #100751)
        FORMAN WATKINS & KRUTZ LLP
        210 East Capitol Street, Suite 2200
        Jackson, MS 39201
        Telephone: (601) 960-8600
        Facsimile: (601) 960-8613
        malissa.wilson@formanwatkins.com

        ***ITS ATTORNEY***

**CERTIFICATE OF SERVICE**

    I, the undersigned attorney, do hereby certify that I have served a true and correct copy of the above and foregoing document via the Court's electronic filing system.

    THIS, the 3rd day of January, 2023.

                                                  /s/ *Malissa Wilson*
                                                Malissa Wilson (MSB #100751)