# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 3:22-cv-00686-HTW-LGI |
| THE CITY OF JACKSON, MISSISSIPPI, | ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

Please take notice that Charles Mitchell McGuffey, with the law firm of Forman Watkins & Krutz LLP, 210 East Capitol Street, Suite 2200, Jackson, Mississippi 39201, files this Entry of Appearance as counsel of record for JXN Water, the Interim Third-Party Manager of the Jackson Water System, in the above-styled matter. The undersigned requests that all pleadings, papers, and other matters be directed accordingly.

Respectfully submitted, this the 3rd day of January, 2023.

**JXN WATER,**

/s/ *Charles Mitchell McGuffey*
Charles Mitchell McGuffey (MSB #104986)
FORMAN WATKINS & KRUTZ LLP
210 East Capitol Street, Suite 2200
Jackson, MS 39201
Telephone: (601) 960-8600
Facsimile: (601) 960-8613
mitch.mcguffey@formanwatkins.com

***ITS ATTORNEY***

2

**CERTIFICATE OF SERVICE**

I, the undersigned attorney, do hereby certify that I have served a true and correct copy of the above and foregoing document via the Court's electronic filing system.

THIS, the 3rd day of January, 2023.

/s/ *Charles Mitchell McGuffey*
Charles Mitchell McGuffey (MSB #104986)