IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 3:22-cv-00686-HTW-LGI |
| THE CITY OF JACKSON, MISSISSIPPI, | ) |
| Defendant. | ) |

## NOTICE OF CONVENTIONAL FILING

Pursuant to the Court's Interim Stipulated Order [Doc. No. 6], ¶ 11(b), JXN Water hereby gives notice that it has filed the Notifications of Account Openings in paper form under seal with the Office of the Clerk. These records have been manually served on all parties and interested persons through their counsel of record.

Respectfully submitted, this the 3rd day of January, 2023.

JXN WATER,

_____
Malissa Wilson (MSB #100751)
Charles Mitchell McGuffey (MSB #104986)
FORMAN WATKINS & KRUTZ LLP
210 East Capitol Street, Suite 2200
Jackson, MS 39201
Telephone: (601) 960-8600
Facsimile: (601) 960-8613
malissa.wilson@formanwatkins.com
mitch.mcguffey@formanwatkins.com

*ITS ATTORNEYS*