IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
(Northern Division)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br><br>THE CITY OF JACKSON, MISSISSIPPI,<br><br>        Defendant. | Case No. 3:22-cv-00686-HTW-LGI<br><br>**AMENDMENT TO INTERIM<br>STIPULATED ORDER** |

**WHEREAS**, the Court issued an Interim Stipulated Order ("ISO") in this matter on November 29, 2022 [Dkt. No. 6], which among other things appointed Mr. Ted Henifin as the Interim Third-Party Manager ("ITPM") of the City's public drinking water system (the "System") and Water/Sewer Billing Administration Division ("WSBA");

**WHEREAS**, solely to implement his obligations under the ISO, Mr. Henifin incorporated JXN Water, Inc. on December 7, 2022;

**WHEREAS**, JXN Water, Inc. is a corporation organized under the laws of the State of Mississippi, with its principal place of business in Jackson, Mississippi;

**WHEREAS**, pursuant to Article VI, Paragraph 23 ("Modification") of the ISO, the City of Jackson and the United States ("the Parties") have agreed to modify the ISO to clarify that the ITPM may act through JXN Water, Inc. or a successor entity for the purpose of complying with the ISO;

**WHEREAS**, as set forth in the accompanying Joint Motion for Amendment to Interim Stipulated Order, the purpose for the amendment is to facilitate the ability of the ITPM to apply for and receive certain grant monies through JXN Water, Inc. or a successor entity;

**WHEREAS**, the ITPM has reviewed and consents to the substance and form of the amendment;

**WHEREAS**, the State of Mississippi, a non-party signatory to the Interim Stipulated Order, has reviewed and consents to the substance and form of the amendment by and through the Mississippi State Department of Health;

**WHEREAS**, this amendment is not intended to affect any other provision of the Interim Stipulated Order;

**NOW THEREFORE**, the Parties agree and stipulate, and the Court ORDERS:

1. That Paragraph 4 of the ISO is modified as follows:

    4. **<u>Interim Third-Party Manager</u>.** Edward "Ted" Henifin is hereby appointed as Interim Third-Party Manager ("ITPM") of the System and WSBA.  Solely for the purpose of implementing this Stipulated Order, the ITPM may operate through JXN Water, Inc., or a successor entity.  Any document submitted pursuant to the ISO through JXN Water, Inc., or a successor entity, to the City, MSDH, or EPA shall be signed by the ITPM.

2. All other provisions of the ISO remain in effect.

APPROVED this 4th day of April, 2023.

                                      **/s/HENRY T. WINGATE**
                                      UNITED STATES DISTRICT JUDGE

**Signature Page for Amendment to Interim Stipulated Order in**
*United States v. City of Jackson*

FOR THE UNITED STATES OF AMERICA:

        TODD KIM
        Assistant Attorney General
        Environment and Natural Resources Division
        U.S. Department of Justice

Dated: April 4, 2023        /s/ Karl Fingerhood
        /s/ Angela Mo
        KARL FINGERHOOD (PA Bar No. 63260)
        ANGELA MO (CA Bar No. 262113)
        Attorneys
        Environmental Enforcement Section
        Environment and Natural Resources Division
        U.S. Department of Justice
        P.O. Box 7611
        Washington, D.C. 20044-7611
        Tel: (202) 514-7519
        Fax: (202) 616-2427
        Email: Karl.Fingerhood@usdoj.gov
                Angela.Mo@usdoj.gov

        DARREN J. LAMARCA
        United States Attorney for the
        Southern District of Mississippi

Dated: April 4, 2023        /s/ Angela Williams (with permission by AM)
        ANGELA GIVENS WILLIAMS (MS Bar No. 102469)
        Chief, Civil Division
        Assistant United States Attorney
        United States Attorney's Office
        501 East Court Street, Suite 4.430
        Jackson, Mississippi 39201
        Tel: (601) 965-4480

**Signature Page for Amendment to Interim Stipulated Order in**
*United States v. City of Jackson*

FOR THE CITY OF JACKSON, MISSISSIPPI:

Dated: April 4, 2023                /s/ Catoria Martin (with permission by AM)
                                    CATORIA MARTIN (MS Bar No. 103938)
                                    City Attorney
                                    Email: cmartin@city.jackson.ms.us

                                    TERRY WILLIAMSON (MS Bar No. 8639)
                                    Legal Counsel
                                    Email: twilliamson@city.jackson.ms.us

                                    OF COUNSEL:
                                    OFFICE OF THE CITY ATTORNEY
                                    455 East Capitol Street
                                    Post Office Box 2779
                                    Jackson, Mississippi 39207-2779
                                    Tel: (601) 960-1799
                                    Fax: (601) 960-1756

**Signature Page for Amendment to Interim Stipulated Order in**
*United States v. City of Jackson*

FOR THE MISSISSIPPI STATE DEPARTMENT OF HEALTH:

Dated: April 4, 2023                /s/ Cassandra Walter (with permission by AM)
                                    CASSANDRA WALTER (MS Bar No. 8441)
                                    Attorney
                                    Legal Counsel
                                    Mississippi State Department of Health
                                    P.O. Box 1700
                                    Jackson, Mississippi 39215
                                    Tel: (601) 576-7847
                                    Fax: (601) 576-7805
                                    Email: Cassandra.Walter@msdh

**Signature Page for Amended Interim Stipulated Order in** *United States v. City of Jackson*

FOR THE U.S. ENVIRONMENTAL PROTECTION AGENCY:

BENJAMIN BAHK
Digitally signed by BENJAMIN BAHK
Date: 2023.04.04 13:33:30 -04'00'

BENJAMIN BAHK
Division Director
Water Enforcement Division
Office of Civil Enforcement
Office of Enforcement and Compliance Assurance
United States Environmental Protection Agency
1200 Pennsylvania Ave., N.W.
Washington, DC 20460

JAMES VINCH
Digitally signed by JAMES VINCH
Date: 2023.04.04 13:43:52 -04'00'

JAMES VINCH
Attorney-Advisor
Water Enforcement Division
Office of Civil Enforcement
Office of Enforcement and Compliance Assurance
United States Environmental Protection Agency
1200 Pennsylvania Ave., N.W.
Washington, DC 20460

**Signature Page for Amendment to Interim Stipulated Order in**
*United States v. City of Jackson*

FOR THE U.S. ENVIRONMENTAL PROTECTION AGENCY:

_____
LEIF PALMER (GA Bar No. 560159, OR Bar No. 873163)
Regional Counsel
Region 4
United States Environmental Protection Agency
61 Forsyth Street S.W.
Atlanta, Georgia 30303
Tel: (404) 562-9542
Email: Palmer.Leif@epa.gov

*Digitally signed by LEIF PALMER Date: 2023.04.04 13:12:36 -04'00'*

_____
SUZANNE G. RUBINI (NY Bar No. 2268696)
Deputy Regional Counsel
Region 4
United States Environmental Protection Agency
61 Forsyth Street S.W.
Atlanta, Georgia 30303
Tel: (404) 562-9674
Email: Rubini.Suzanne@epa.gov

*Digitally signed by SUZANNE RUBINI Date: 2023.04.04 10:17:40 -04'00'*