# First Amendment to Interim Third-Party Manager's Budget
# April 2023

|  | AMENDED | ORIGINAL | DIFFERENCE |
|---|---|---|---|
| ITPM Compensation - $33,333.33/month |  |  |  |
| • Salary<br>• Living expenses<br>• Travel expenses | $400,000 | $400,000 |  |
| *ITPM Compensation Sub-total* | *$400,000* | *$400,000* | *$0* |
| ITPM Staff Compensation and Expenses |  |  |  |
| • Local deputy administrator/senior project manager<br>• Project managers/contract inspectors<br>• Contract administrator/invoice processor<br>• Environmental compliance manager<br>• Other staff as needed | $1,025,000 | $725,000 | $300,000 |
| • Payroll taxes, fringe benefits, and human resources administration | $425,000 | $385,500 | $39,500 |
| *ITPM Staff Compensation and Expenses Sub-total* | *$1,450,000* | *$1,110,500* | *$339,500* |
| ITPM Contractor and Consultant Support and Services |  |  |  |
| • General and regulatory legal support | $300,000 | $200,000 | $100,000 |
| • Accounting<br>• Financial advisor | $300,000 | $300,000 |  |
| • Engineering<br>• Information technology and website | $450,000 | $450,000 |  |
| • Community engagement/governance development<br>• Pricing/rates<br>• Other contractors and consultants as needed | $850,000 | $450,000 | $400,000 |
| *ITPM Contractor and Consultant Support and Services Sub-total* | *$1,900,000* | *$1,400,000* | *$500,000* |
| Other Direct Expenses |  |  |  |
| • Phones and computers for ITPM and staff<br>• Professional liability insurance<br>• Office supplies/miscellaneous consumables<br>• Other direct expenses as needed | $66,000 |  |  |
| *Other Direct Expenses Sub-total* | *$66,000* | *$66,000* | *0* |
| *OVERALL ITPM PROFESSIONAL BUDGET TOTAL* | *$3,816,000* | *$2,976,500* | *$839,000* |

**Exhibit A**