IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:22-cv-00686-HTW-LGI |
| ) | |
| v. ) | |
| ) | **ORDER GRANTING AGREED** |
| ) | **MOTION TO AMEND** |
| ) | **PROFESSIONAL BUDGET** |
| ) | |
| THE CITY OF JACKSON, MISSISSIPPI, ) | |
| ) | |
| Defendant. ) | |
| ) | |

THIS MATTER is before the Court on the *Agreed Motion to Amend Professional Budget* [Doc. No. 24] filed by the Interim Third Party Manager, d/b/a JXN Water, Inc. On May 1, 2023, this Court held a judicial hearing regarding the subject Agreed Motion. During the hearing, this Court obtained detailed information from the Interim Third Party Manager, Ted Henifin, regarding the nature and purpose of the requested budget amendment, to wit: additional funds in the amount of 389,000.00. This Court, having considered the Agreed Motion, and Mr. Henifin's statements regarding the revised budget, finds that the Agreed Motion [Doc. No. 24] should be GRANTED.

IT IS, THEREFORE, ORDERED that the Interim Third Party Manager, d/b/a JXN Water, Inc., may amend the Professional Budget in accordance with the proposed Amended Professional Budget, attached as Exhibit "A" to the Motion.

SO ORDERED this the 3rd day of May, 2023.

/s/HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE