IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
(Northern Division)

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>)  Case No. 3:22-cv-00686-HTW-LGI<br>) |
| v. | )<br>)  **JOINT REPORT and STIPULATED**<br>)  **ORDER REQUESTING STAY**<br>)  **EXTENSION** |
| THE CITY OF JACKSON, MISSISSIPPI, | )<br>) |
| Defendant. | )<br>) |

**WHEREAS**, the Court issued an Interim Stipulated Order ("ISO") in this matter on November 29, 2022 [Dkt. No. 6], which among other things stayed the litigation in the above referenced matter for a period of six months. *Id* at Section XI.

**WHEREAS**, the Parties to the ISO are the United States, the Mississippi State Department of Health, and the City of Jackson. *Id.* at p. 3.

**WHEREAS**, pursuant to Section XI of the ISO the Parties are to file a Joint Report if they believe an additional stay is appropriate.

**WHEREAS**, the Parties stipulate and agree that an additional stay of this litigation for six months, until November 29, 2023, is appropriate.

**WHEREAS**, prior to November 29, 2023, the Parties shall file a joint report as to whether the Parties believe an additional stay is appropriate. During the stay, no Party shall serve any discovery nor file any dispositive motions in this matter, without leave of the Court.

APPROVED this _____ day of _____, 2023.

                                                                _____
                                                                HENRY T. WINGATE
                                                                UNITED STATES DISTRICT JUDGE

Signature Page for Joint Report and Stipulated Order in
*United States v. City of Jackson*

FOR THE UNITED STATES OF AMERICA:

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice

Dated: May 17, 2023

/s/ Karl Fingerhood
/s/ Angela Mo
KARL FINGERHOOD (PA Bar No. 63260)
ANGELA MO (CA Bar No. 262113)
Attorneys
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 514-7519
Fax: (202) 616-2427
Email: Karl.Fingerhood@usdoj.gov
         Angela.Mo@usdoj.gov

DARREN J. LAMARCA
United States Attorney for the
Southern District of Mississippi

Dated: May 17, 2023

/s/ Angela Givens Williams
ANGELA GIVENS WILLIAMS (MS Bar No. 102469)
Chief, Civil Division
Assistant United States Attorney
United States Attorney's Office
501 East Court Street, Suite 4.430
Jackson, Mississippi 39201
Tel: (601) 965-4480

**Signature Page for Joint Report and Stipulated Order in**
***United States v. City of Jackson***

FOR THE CITY OF JACKSON, MISSISSIPPI:

Dated: May 17, 2023        /s/ Catoria Martin
                           /s/ Terry Williamson
                           CATORIA MARTIN (MS Bar No. 103938)
                           City Attorney
                           Email: cmartin@city.jackson.ms.us

                           TERRY WILLIAMSON (MS Bar No. 8639)
                           Legal Counsel
                           Email: twilliamson@city.jackson.ms.us

                           OF COUNSEL:
                           OFFICE OF THE CITY ATTORNEY
                           455 East Capitol Street
                           Post Office Box 2779
                           Jackson, Mississippi 39207-2779
                           Tel: (601) 960-1799
                           Fax: (601) 960-1756

**Signature Page for Joint Report and Stipulated Order in**
*United States v. City of Jackson*

FOR THE MISSISSIPPI STATE DEPARTMENT OF HEALTH:

Dated: May 17, 2023  /s/ Cassandra Walter
CASSANDRA WALTER (MS Bar No. 8441)
Legal Counsel
Mississippi State Department of Health
P.O. Box 1700
Jackson, Mississippi 39215
Tel: (601) 576-7847
Fax: (601) 576-7805
Email: Cassandra.Walter@msdh.ms.gov