IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
(Northern Division)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) Case No. 3:22-cv-00686-HTW-LGI |
| v. | ) |
| | ) **JOINT REPORT and STIPULATED** |
| | ) **ORDER REQUESTING STAY** |
| | ) **EXTENSION** |
| THE CITY OF JACKSON, MISSISSIPPI, | ) |
| Defendant. | ) |

**WHEREAS**, the Court issued an Interim Stipulated Order ("ISO") in this matter on November 29, 2022 [Dkt. No. 6], which among other things stayed the litigation in the above referenced matter for a period of six months. *Id* at Section XI.

**WHEREAS**, the Parties to the ISO are the United States, the Mississippi State Department of Health, and the City of Jackson. *Id.* at p. 3.

**WHEREAS**, pursuant to Section XI of the ISO the Parties are to file a Joint Report if they believe an additional stay is appropriate.

**WHEREAS**, the Parties stipulate and agree that an additional stay of this litigation for six months, until November 29, 2023, is appropriate.

**WHEREAS**, prior to November 29, 2023, the Parties shall file a joint report as to whether the Parties believe an additional stay is appropriate. During the stay, no Party shall serve any discovery nor file any dispositive motions in this matter, without leave of the Court.

APPROVED this 17th day of May, 2023.

                                                                                   /s/HENRY T. WINGATE
                                                                            UNITED STATES DISTRICT JUDGE

Signature Page for Joint Report and Stipulated Order in
*United States v. City of Jackson*

FOR THE UNITED STATES OF AMERICA:

        TODD KIM
        Assistant Attorney General
        Environment and Natural Resources Division
        U.S. Department of Justice

Dated: May 17, 2023        /s/ Karl Fingerhood
        /s/ Angela Mo
        KARL FINGERHOOD (PA Bar No. 63260)
        ANGELA MO (CA Bar No. 262113)
        Attorneys
        Environmental Enforcement Section
        Environment and Natural Resources Division
        U.S. Department of Justice
        P.O. Box 7611
        Washington, D.C. 20044-7611
        Tel: (202) 514-7519
        Fax: (202) 616-2427
        Email: Karl.Fingerhood@usdoj.gov
                Angela.Mo@usdoj.gov

        DARREN J. LAMARCA
        United States Attorney for the
        Southern District of Mississippi

Dated: May 17, 2023        /s/ Angela Givens Williams
        ANGELA GIVENS WILLIAMS (MS Bar No. 102469)
        Chief, Civil Division
        Assistant United States Attorney
        United States Attorney's Office
        501 East Court Street, Suite 4.430
        Jackson, Mississippi 39201
        Tel: (601) 965-4480

**Signature Page for Joint Report and Stipulated Order in**
*United States v. City of Jackson*

FOR THE CITY OF JACKSON, MISSISSIPPI:

Dated: May 17, 2023          /s/ Catoria Martin
                             /s/ Terry Williamson
                             CATORIA MARTIN (MS Bar No. 103938)
                             City Attorney
                             Email: cmartin@city.jackson.ms.us

                             TERRY WILLIAMSON (MS Bar No. 8639)
                             Legal Counsel
                             Email: twilliamson@city.jackson.ms.us

                             OF COUNSEL:
                             OFFICE OF THE CITY ATTORNEY
                             455 East Capitol Street
                             Post Office Box 2779
                             Jackson, Mississippi 39207-2779
                             Tel: (601) 960-1799
                             Fax: (601) 960-1756

**Signature Page for Joint Report and Stipulated Order in**
*United States v. City of Jackson*

FOR THE MISSISSIPPI STATE DEPARTMENT OF HEALTH:

Dated: May 17, 2023                /s/ Cassandra Walter
                                   CASSANDRA WALTER (MS Bar No. 8441)
                                   Legal Counsel
                                   Mississippi State Department of Health
                                   P.O. Box 1700
                                   Jackson, Mississippi 39215
                                   Tel: (601) 576-7847
                                   Fax: (601) 576-7805
                                   Email: Cassandra.Walter@msdh.ms.gov