IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
(Northern Division)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>) Case No. 3:22-cv-00686-HTW-LGI<br>)<br>v. ) **NOTICE OF FILING BY**<br>) **UNITED STATES AND**<br>) **MDEQ RE: MAY 9, 2023, STATUS**<br>THE CITY OF JACKSON, MISSISSIPPI, ) **CONFERENCE AND ORDER**<br>)<br>Defendant. )<br>) | |

Plaintiff the United States of America hereby notifies the Court, Defendant City of Jackson, and interim third-party manager Ted Henifin of a filing today in *United States and State of Mississippi v. City of Jackson*, case no. 3:12-cv-790-HTW-LGI) ("Sewer Case") regarding the Court's May 9, 2023, status conference and minute order concerning the City's sewer system—the subject of a consent decree among the parties in the Sewer Case.

As co-plaintiffs in the Sewer Case, the United States and the State of Mississippi, acting through the Mississippi Commission on Environmental Quality and the Mississippi Department of Environmental Quality (collectively "MDEQ"), filed the attached Plaintiffs' Report Regarding Status Conference and Order in Drinking Water Case. *See* Sewer Case, Dkt. No. 31. The United States has separately notified the Mississippi State Department of Health, a party to the interim stipulated order in this case (Dkt. No. 6), of the filing.

FOR THE UNITED STATES OF AMERICA:

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice

Dated:  May 19, 2023

/s/ Karl Fingerhood
/s/ Angela Mo
KARL FINGERHOOD (PA Bar No. 63260)
ANGELA MO (CA Bar No. 262113)
Attorneys
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 514-7519
Fax: (202) 616-2427
Email: Karl.Fingerhood@usdoj.gov
       Angela.Mo@usdoj.gov

DARREN J. LAMARCA
United States Attorney for the
Southern District of Mississippi

Dated:  May 19, 2023

/s/ Angela Givens Williams
ANGELA GIVENS WILLIAMS (MS Bar No. 102469)
Chief, Civil Division
Assistant United States Attorney
United States Attorney's Office
501 East Court Street, Suite 4.430
Jackson, Mississippi 39201
Tel: (601) 965-4480