IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA,                                          PLAINTIFF

VS.                                        CIVIL ACTION NO.: 3:22-cv-686-HTW-LGI

THE CITY OF JACKSON,                                               DEFENDANT
MISSISSIPPI
_____

DEFENDANT THE CITY OF JACKSON
RESPONSE TO SET HEARING: STATUS CONFERENCE
_____

Defendant the City of Jackson (the "City Defendant") respectfully files this Response to Set Hearing: Status Conference and states as follows:

On June 14, 2023, the Mayor of the City of Jackson and Jackson Hinds Comprehensive Health Center held a press conference[1] to launch a campaign to restore confidence in the City's drinking water by announcing the availability of free water filters donated by United Healthcare and distributed by Jackson Hinds Comprehensive Health Center.

The purpose of the press conference was to provide water filters to (1) households with children five (5) years or younger; (2) households feeding infants baby formula mixed with drinking water; and (3) households with young children or pregnant women[2] to allow these vulnerable populations to safely drink City of Jackson water from the tap.

During the press conference, the Mayor discussed the fact that the City's drinking water was not dangerous, however, the Mississippi State Department of Health (MSDH)

---

[1] See Exhibit A, Transcript of June 14, 2023 Press Conference.
[2] See Exhibit B, June 2023, MSDH Lead and Jackson Water: Recommendations for Homeowners, Schools and Facilities.

requires precautionary notices[3] to be distributed to all customers due to the City's incomplete efforts to optimize corrosion control.

WHEREFORE, PREMISES CONSIDERED, Defendant City of Jackson, respectfully requests that this Court take notice of this Response and its attached exhibits. In accordance with the June 15, 2023 Status Conference Hearing Notice, the Mayor plans to attend the hearing in-person. Defendant further requests any additional relief to which it may be entitled.

Dated:  June 20, 2023.

                                          Respectfully submitted on behalf of the Defendant City of Jackson,

                                           _/s/ Catoria Martin_
                                          Catoria Martin MSB# 103938

**OFFICE OF THE CITY ATTORNEY**
455 East Capitol Street
Post Office Box 2779
Jackson, Mississippi 39207-2779
601.960.1799 telephone
601.960.1756 facsimile

### CERTIFICATE OF SERVICE

I certify that on the date indicated below I electronically filed the foregoing via the Court's CM/ECF system, which sent notification of the filing to all counsel of record.

                                             _/s/ Catoria Martin_
Dated:  June 20, 2023

---

[3] See Exhibit C, Lead and Copper Rule Treatment Technique Violations Notice included bimonthly in Water Sewer Business Administration (WSBA) bills distributed to customers.