# Exhibit A

# June 14, 2023 Press News Conference at 10:00 a.m. Transcript

**Melissa Faith Payne**: Good afternoon, thank you all for coming here to Jackson Hinds Comprehensive Clinic.  We have a very special announcement to make, I'm sure you can guess what it is but I will turn things over to the Mayor.

**Mayor Chokwe Antar Lumumba**: Good morning, thank you for joining us as we're happy to announce an effort to provide filters to a vulnerable population within our City.  Uh, before I go forward I'd like to thank United Healthcare for their generous donation, along with other corporations and residents who have made this day possible.  We know that we have talked extensively about the repairs that are needed within our water distribution system.  We've talked about the generosity of the federal government to provide the essential and critical funding in order to see those repairs come forward.  But none of this will make any difference if we don't restore the confidence within our residents within those, uh who are customers within our water distribution system. We know for several months now residents have been quarterly receiving notifications about the potential threats, based on how we treat our water, uh, and the agents that we use in order to treat our water, the potential threats to both mothers, pregnant mothers, and mothers who have young children.  And so, uh, United Healthcare in an effort to determine how they could best support the City of Jackson's water distribution system.  The efforts to provide a more, a better quality of water to our residents, wanted to know how they could help.  At the height of our crisis, we had so many corporations, cities and residents, providing bottled water to the city that it became more than we could maintain and far more than we could deliver to the residents. But, we indicated to them that we needed to restore confidence, and if we could provide filters to residents, it would be a blessing and a benefit to our customers.  And so we're happy today to talk about the distribution of these water filters and Jackson Hinds Comprehensive Health has been gracious enough to support our efforts of delivering these water filters to that vulnerable population.  And so I'm happy to stand here with Dr. Patterson and the many of the board members of Jackson Hinds Comprehensive Health to talk about our distribution efforts.  I would be remiss if I didn't recognize Dr. Chapman and her great leadership and how we miss her at this moment in her inability to be here today, but we are all lifting her up.  Thank you Dr. Patterson.

**Dr. Patterson**: Thank you and good morning, and on behalf of Dr. Chapman who could not be here with us, who provides leadership for this great organization that we're a part of, we want to thank the Mayor [and] United Healthcare for considering us as the conduit to get these, uh, materials out to the patients and the vulnerable populations that we serve.  We serve patients who are uninsured, underinsured and we are happy to be a part of this effort.  And the patients that we're targeting with this effort are patients who, as the Mayor has spoken of, uh, women who are pregnant, and women who have children ages 5 years old and under.  I have with me today, our Chair of our Department of OB, uh, who's going to speak a little bit about those persons and the care we provide for those persons and how this will impact the care that we try to provide for those persons, Dr. Kesha Flantroy.

**Dr. Kesha Flantroy**: Hi, I'm Dr. Kesha Flatroy and as he said, I am the Director of Women's Health, so again, I want to reiterate how proud we are that United Healthcare is taking on this initiative to give us these water filters.  Being [an] OBGYN, the first thing that I always ask my patients [is], "Are you drinking enough water?" And usually for GYN and OB patients, we can say that they're never drinking enough

water, so this will definitely impact them and increase the chances of them having a healthy baby, as well as, we're going to give it to those patients who have children who are 5 and below. So, you're not only helping mom, but you're helping babies as well.  Again, thank you for giving us these water filters, they will definitely be put to good use.

**Dr. Patterson**: Thank you, we also had representing us, one of our board members, who is representing our board president today and we're going to ask him to come and have a few words also on behalf of the board.

**Larry McMillian**: Thank you Dr. Patterson, on behalf of our Board Chair, Ms. Ethel Singleton, we just want to say thank you to United Healthcare, the City of Jackson and Major, Mayor Lumumba, and I want to give a special thanks to the staff here at Jackson Hinds, Dr. Chatman, Dr. Patterson and the rest of our staff. We want to do the most good that we can in the community, so we thank everybody who has been involved in making this worthy occasion happen, thank you.

**Mayor Chokwe Antar Lumumba**: I just want to show you what is contained within these boxes that are before you. Uh, these filters are provided by Clearly Filtered and a lot of thought went into how we presented these filters today.  One, uh, one of the first ideas was providing a filter system that was connected to people's plumbing. But we understood that every home might not have the same plumbing equipment, and so we thought that this was a better, and more practical use of the funding that was provided by United Healthcare. Additionally, there have been questions about the timing, some people at the height of the emergency said, "Listen, you've received this funding. We were able to not only communicate, but secure funding from United Healthcare to provide these filters, but it has been asked in the media before, "What took so long?" Well first what we understood was that the priority was to get actual water pressure to residents and that's why the first allocation of donations was in the form of water bottles, because a filter doesn't provide you any benefit if you don't have any water coming out of the tap. Right? And so it would have only served to anger our residents, right, if we were providing them filters, but had not yet been able to provide water to actually come from out of their faucets. Uh, and so that was why this was done in a very strategic way, to make certain that we took care of that priority first. We've maintained the funds until this point that we could launch this donation to, as we said, some of our most vulnerable population, and the fact that they are with child, or have a young child, and we want to make sure that we protect them. So, I just want to thank Jackson Hinds, once again, I want to thank United Healthcare for recognizing this need, we understood that there was an intersection of interest between both the city of Jackson and United Healthcare.  They pay for healthcare costs and so they had a vested interest in insuring that we keep our residents healthy.  And so, once again, we are working to repair our water system and we're working to rebuild the trust within our customers, our customer profile in what we provide them each and every day.  With that, if you have any questions, we're prepared to take them at this time.

[Inaudible question]

**Mayor Chokwe Antar Lumumba**: I think uh, it's quite a bit, I don't…it was over $100,000 worth of a donation, not enough to go to every resident in our city, and so that's why we wanted to identify what population we felt, we thought, we could best serve.  And the reason that Jackson Hinds Comprehensive Health Center was so critical to this process is because as we're looking at residents who have just given birth, or have a young child.  We don't want to have in our possession, sensitive health information, they have that information to their disposal because it's the population that they serve. And so, without

having to take in anyone's healthcare information.  We can simply use them as a conduit to provide it to their patients.

[Inaudible comment from Melissa Faith Payne]

**Mayor Chokwe Antar Lumumba**: I've been told that each patient that will receive one of these is getting one pitcher and two filters.

[Inaudible question]

**Mayor Chokwe Antar Lumumba**: Well, if there is a resident who is in need and fits this population that we've talked about, mothers who are pregnant, or mothers who have a child 5 years or below, then we're certainly open for them to come and say, "Look, I need a filter," because it's the population that we're trying to serve.

[Inaudible question]

**Dr. Patterson**: So, you know, with the water that's not filtered and that's not purified, then we run into the problem of having disease, uh, that not only with our, with our mothers who are expecting, but just with patient population in general, but for mothers its more important for us because they are with child, at that point if we have pregnant moms, they are the most vulnerable population, and we're just excited that we're able to start with those mothers to get this product out to them first, because we're impacting the lives of two people, as opposed to the lives of one.

**Mayor Chokwe Antar Lumumba**: And I do for clarity sake, just want to let our residents know, is that it hasn't been demonstrated that our water is in fact dangerous, but the investments we have to make in the treatment process, repairs that have to take place within that treatment process, until we're able to change the soda ash in our system, it is a precautionary notice that goes out, right, but when residents receive those notices, right, that are the precautionary notice that the Department of Health indicates that we have to put out, it creates question in terms of confidence in whether I can drink this water, whether I'm safe, whether my child is safe. And so, this is an effort, to you know, to make certain that we're sure that we're sure, an effort to restore their confidence in the drinking water without them having to bear the burden of cost of having to buy bottled water each and every week, each and every day.

[Inaudible question...get those notices]

**Mayor Chokwe Antar Lumumba**: Yes, so we, we actually were advised in terms of the type of water filters we needed to get, uh, don't ask me what the name of them are, in terms of NF, whatever the number is, because I don't remember, right? Uh, but we did take into consider, into consideration and the consultation of healthcare professionals who told us the type of filters we needed to purchase.

[Inaudible question]

**Mayor Chokwe Antar Lumumba**: This is the launch, this is the launch today.  And so, going forward, we will monitor how many we are able to give out.  Uh, but as we said, this is, we have an allocation which is $100,000 worth of filters, uh, it took a lot to even secure those, that stock pile of filters, and so that was part of the delay as well.

**Unknown:** If they, if they need a filter, where can they go to get it?

**Mayor Chokwe Antar Lumumba**: You can come right here, you can come right here to Jackson Hinds Comprehensive Health Center in order to receive.

[Inaudible question…Jackson Water Question, so I don't know how much you can answer, but what is the status…]

**Mayor Chokwe Antar Lumumba**: Well, uh, that portion of the notice, I think we're several months away because they have to determine what is the best engineered solution to providing either, what you call soda ash, or liquid lime slurry, into the water system. Soda ash is, kind of been an industry standard of a switch in the industry, to move to that as a composition to treat the water, but it does not work optimally in southern climates. The reason being is that it clumps, right, our humidity makes it difficult for an even distribution into our water, our water system. And so they're trying to still identify what is the best engineered solution, whether we have to actually go to liquid lime, uh, they've not only looked at Jackson, but they've gone to other southern climates and identified whether its been a challenge for them, and what they've learned is, even in systems that have not had the, uh, the documented challenges that Jackson's water system has had, that the soda ash has been difficult because of the humidity in southern climates. With that, I just want to thank, once again United Healthcare, Clearly Filtered and most certainly Jackson Hinds Comprehensive Health Center, thank you very much.