# Exhibit B

ABOUT    LOCATIONS    CONTACT    TOPICS A-Z    SEARCH

**Menu**

**News, Events & Alerts**

Boil Water Notices

Jackson Water System

Precautions to Take

Restaurants and Food Facilities

Water System Operators

## Lead and Jackson Water: Recommendations for Homeowners, Schools and Facilities

Select Language ▼

### Some homes in the Jackson area have previously shown elevated levels of lead in their drinking water. The City of Jackson has an ongoing project to address the cause.

The Mississippi State Department of Health follows Environmental Protection Agency (EPA) requirements by coordinating routine sampling of public water systems. Three (3) of the 160 lead and copper tap samples collected between January and June 2021 by the City of Jackson showed levels of lead higher than the 15 parts per billion action level set by the EPA's Safe Drinking Water Act. The City of Jackson continues to take steps to educate customers ==and improve corrosion control systems in the City's treatment plants.==

- Jackson water testing information
- Guidelines for Homeowners
- Guidelines for Schools
- Guidelines for Child Care Facilities
- Guidelines for Restaurants and Food Facilities

## Homeowners

Although the majority of home lead testing performed identified no lead, or lead below the action level set by the EPA, MSDH is issuing these recommendations as a special precaution, ==especially for households with young children or pregnant women==. These precautions remain in place until the City of Jackson makes the

**E-Newsletter**

Get updates on public health topics when you subscribe to our e-mail newsletter.

[email address]

 SUBSCRIBE

necessary changes required to stabilize the pH levels in its water system that contribute to corrosion .

- Before using tap water for drinking or cooking, run your tap on cold for one to two minutes. For more detail, see this [information from the CDC](#).
- Households should never use hot tap water for drinking or cooking.
- Residents should clean out their faucet aerators periodically by unscrewing the aerator at the tip of the faucet, and removing any particles or sediment that has collected in the filter screen.
- ==Any child five years of age or younger and any pregnant woman should use filtered water (NSF53 certified filter) or bottled water for drinking and cooking.==
- ==Baby formula should be "ready-to-feed" or prepared using only filtered water or bottled water.==
- ==Parents with children five years or younger should contact their child's pediatrician or primary care provider to make sure that adequate lead screening and blood testing have been performed.==

## Lead Safety in Older Homes

If you live in an older home, you can take the following steps to lower the risk of lead in your water, especially if the water has been off and sitting in the pipes for more than 6 hours.

- Do not use hot water from the tap for cooking or drinking.
- Before using tap water for drinking or cooking, run your kitchen tap (or any other tap you take drinking or cooking water from) on COLD for 1 to 2 minutes.
- Then fill a clean container with water from this tap. This water will be suitable for drinking, cooking, preparation of baby formula, or other consumption.

To conserve water, collect several containers of water at once in the manner above.

▸ More about lead poisoning prevention

# Schools, Food Facilities, and Child Care Facilities

▸ Guidelines for Water Use in Schools

▸ Guidelines for Water Use in Child Care Facilities

▸ Guidelines for Water Use in Food Facilities

■ **Is the Jackson water supply safe?**
There is no indication of elevated lead levels in Jackson source water.

Lead in the water of older homes usually comes from plumbing materials in the home which contain lead. While the City of Jackson is not currently exceeding the 90th percentile Action Levels for Lead and Copper based on the samples collected since 2018 for regulatory compliance monitoring, the City is currently under an Environmental Protection Agency (EPA) Consent Order that requires it to monitor water quality at its surface water treatment plants and at multiple locations in the distribution system. Due to the delay in completing corrosion control treatment changes at the city's J. H. Fewell water treatment plant, the City remains out of compliance with the EPA Lead and Copper Rule. MSDH continues to recommend the water use steps in the "Homeowners" section above.

■ **How dangerous is lead in drinking water?**
Prolonged exposure to high levels of lead in drinking water can have serious health effects. The precautions mentioned above should be followed by all City of Jackson consumers.

■ **Is my home at risk?**
Levels of lead detected across the City of Jackson are site-specific, and depend on the plumbing materials in your home. If you own an older home (built before 1986), you are more likely to have plumbing fixtures which contain some lead. Older homes are also more likely to contain lead-based paint. (The most common source of lead exposure in children is dust or paint chips from lead-based white paint used prior to 1978.) If you own an older home and are not sure of the quality of its plumbing, you can flush your water taps before drinking from them to lower the risk of lead.

## For More Information

▸ Lead and tapwater information from the CDC

▸ EPA Guide to Drinking Water Sample Collection PDF

▸ EPA clarification of water sampling procedures for lead and copper PDF

Last reviewed on May 9, 2023

*Related resources*                found an error?        email page        print

▸ **Guidelines for Water Use in Schools**          PDF
February 2016                                      383KB

▸ **Guidelines for Water Use in Child Care Facilities**   PDF
February 2016                                      382KB

▸ **Guidelines for Water Use in Food Facilities**   PDF
February 2016                                      385KB

PDF To view/print pdf documentation you will need Adobe Reader

Sign up for public health updates by e-mail:

[email address] [+]



| AGENCY | INFORMATION | I NEED A ... |
|---|---|---|
| About Us | Calendar of Events | Birth Certificate |
| Administration | Contact Us | Certificate of Need |

- Board of Health
- County Offices
- Institutional Review
- Jobs
- Locations
- Public Health Laboratory
- RFPs/Grants

More »

---

- Intranet
- OHIT+ER Service Center
- Webmail

- Health Resources
- Hotlines
- Locations
- Meetings
- News
- Newsletter
- Non-Discrimination Notice
- Phone Numbers
- Español

- Children's Health Insurance
- Complaint Form
- Criminal History Check
- Death Certificate
- Divorce Record
- Food Permit
- Immunization Record
- J-1 Visa
- License Verification
- Marriage Record
- Professional License
- Public Records Request
- Wastewater Application

## PUBLICATIONS

- Annual Report
- CON Weekly Reports
- Health Facilities Directory
- Mississippi Morbidity Reports
- State Health Plan
- Strategic Plan

More »

---

Mississippi State Department of Health • 570 East Woodrow Wilson Dr • Jackson, MS 39216 • 866-HLTHY4U •
Contact and information

  

