

# IMPORTANT INFORMATION ABOUT YOUR DRINKING WATER
## City of Jackson (MS0250008)
Lead and Copper Rule Treatment Technique Violations:
**Water Quality Parameters Not Meeting Minimum Values** & **Failure to Install Corrosion Control**

Our water system violated a drinking water standard and a drinking water requirement. Although this is not an emergency, as our customers, you have a right to know what happened, what you should do, and what we are doing to correct this situation.

We routinely sample water at consumers' taps for lead and copper. In 2015, test results showed lead levels in the distribution system water above the action level (AL). Additionally, a routine inspection conducted in November 2016 by Mississippi State Department of Health (MSDH) found inadequate application of treatment chemicals due to a failing corrosion control system at the O. B. Curtis Water Treatment Plant. As required by Environmental Protection Agency, we were required to take action to correct this deficiency. After testing and analyses of our treatment plants and distribution system, we began installation of optimized corrosion control treatment in October 2017. This treatment prevents lead and copper in pipes and plumbing components from dissolving into the drinking water. During the monitoring periods of 2018 to 2022, we failed to consistently meet treatment technique requirements for our system which is a violation of the Lead and Copper Rule and a requirement of the City's Optimized Corrosion Control Plan. Corrosion control treatment (CCT) installation was completed at O. B. Curtis Water Treatment Plant but is incomplete at J. H. Fewell Water Treatment Plant due to a reassessment of the Optimized Corrosion Control Treatment (OCCT) plan.

**What should I do?**
Although the majority of home lead testing performed identified lead below the action level set by the EPA, MSDH is issuing these recommendations as a special precaution, especially for households with young children or pregnant women. These precautions should remain in place at least six months while the City continues its efforts to make required changes to stabilize the pH levels in its water system that can cause corrosion.

- Before using tap water for drinking or cooking, run your cold water tap for at least one (1) minute. For details, see http://www.cdc.gov/nceh/lead/tips/water.htm
- Households should never use the hot water tap for drinking or cooking.
- Residents should clean out their faucet aerators by unscrewing the aerator at the tip of the faucet and removing any particles or sediment that has collected in the filter screen.
- Baby formula should be "ready-to-feed" or prepared using only filtered water or bottled water.
- Parents with children five (5) years or younger should contact their child's pediatrician or primary care provider to make sure that adequate lead screening and blood testing has been performed.

**What does this mean?**
This is not an emergency. If it had been, you would have been notified within 24 hours. Typically, lead enters water supplies by leaching from lead or brass pipes and plumbing components. New lead pipes and plumbing components containing lead are no longer allowed for this reason. However, many older homes may contain lead pipes. Your water is more likely to contain high lead levels if water pipes in or leading to your home are made of lead or contain lead solder. High levels of lead and copper in Mississippi are nearly always due to pipes and fittings in the plumbing.

Infants and children who drink water containing lead in excess of the action level could experience delays in their physical or mental development. Children could show slight deficits in attention span and learning abilities. Adults who drink this water over many years could develop kidney problems or high blood pressure.

**What is being done?**
- We have evaluated and made corrective actions to our existing corrosion control systems to stabilize the pH in the distribution system. The corrective actions are an ongoing process.
- We have increased monitoring of water quality parameters in the distribution system and at the treatment plants.
- An amendment to the corrosion control study was submitted and accepted by MSDH in 2021. MSDH has set interim goals for our water system while installation of the recommended corrosion control treatment is pursued.
- For the July-December 2022 monitoring period, the lead 90th percentile was 6 ppb, which is below the lead AL of 15 ppb. The results indicate that the interim measures to facilitate CCT are working to prevent an AL exceedance on a system wide level while we work to implement optimized CCT.
- OCCT will be installed and operational by August 2023.

For more information, please contact the City of Jackson Water Laboratory at 601-960-2723.

*"Please share this information with all the other people who drink this water, especially those who may not have received this notice directly (for example, people in apartments, nursing homes, schools, and businesses). You can do this by posting this notice in a public place or distributing copies by hand or mail."*

This notice is being sent to you by the City of Jackson PWS ID#: MS0250008.

Date distributed: January 19, 2023