1       IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
2                   NORTHERN DIVISION

3

4   UNITED STATES OF AMERICA                        PLAINTIFF

5   VERSUS                  CIVIL ACTION NO. 3:22-cv-00686-HTW-LGI

6   THE CITY OF JACKSON, MISSISSIPPI                DEFENDANTS

7

8
                    STATUS CONFERENCE
9       BEFORE THE HONORABLE HENRY T. WINGATE,
          UNITED STATES DISTRICT COURT JUDGE,
10                  JUNE 21, 2023,
                 JACKSON, MISSISSIPPI
11

12

13
                (APPEARANCES NOTED HEREIN.)
14

15

16

17

18

19

20

21
    REPORTED BY:
22
        CAROLINE MORGAN, CCR #1957
23      OFFICIAL COURT REPORTER
        501 E. Court Street, Suite 2.500
24      Jackson, Mississippi  39201
        Telephone:  (601)608-4188
25      E-mail:  Caroline_Morgan@mssd.uscourts.gov

```
1    APPEARANCES:

2

3    FOR THE PLAINTIFF:      ANGELA GIVENS WILLIAMS, ESQ.
                            KARL J. FINGERHOOD, ESQ.
4

5    FOR THE DEFENDANTS:     CATORIA PARKER MARTIN, ESQ.
                            TERRELL WILLIAMSON, ESQ.
6

7    ALSO PRESENT:           GERALD KUCIA
                            CHARLES MCGUFFEY
8                            TED HENIFIN
                            MAYOR CHOKWE ANTAR LUMUMBA
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                        **TABLE OF CONTENTS**

2    Style and appearances.....................................    1

3    Court Reporter's Certificate............................. 105

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1              **IN OPEN COURT, JUNE, 21, 2023**

2

3          THE COURT:  Terri, call the case, please.

4          THE COURTROOM DEPUTY:  Your Honor, this is United

5     States of America versus City of Jackson, civil action

6     number 3:22-cv-686-HTW-LGI.  Before the Court today is a

7     status conference.

8          Appearing, we have for the plaintiff Angela Givens

9     Williams and Karl Fingerhood.  For the defendants we have

10    Catoria Martin and Terrell Williamson.  For the State of

11    Mississippi, Gerald Kucia.  For the interested parties, we

12    have Charles McGuffey.  Also appearing in the court is our

13    third-party manager, Mr. Ted Henifin, and our mayor, Mayor

14    Chokwe Lumumba.  Also observing we have representatives from

15    the EPA and the Department of Justice observing via Zoom.

16         THE COURT:  All right.  Thank you.

17         This is a status conference that this Court arranged

18    after this Court was advised of a notice provided by the

19    mayor of the City of Jackson.  The question generated from

20    that press conference conducted by the mayor was whether

21    everything said therein was accurate or whether the public

22    could determine some facts that were not necessarily facts

23    in existence at this time.

24         As you know, this Court appointed Mr. Henifin, who is

25    an expert on this matter of water management, and he has

1    been working diligently to address Jackson's water woes.

2    Shortly, I will call upon him to discuss, first of all, the

3    progress that he has made with regard to these matters;

4    secondly, what issues he might take with the mayor's

5    conference; and then, thirdly, what we need to do to resolve

6    this matter.

7        Before I call upon him, I will give the mayor an

8    opportunity to discuss his press conference and whether he

9    thinks there was anything that had the potential to mislead

10   the public.

11       I cite this matter because not only must we address the

12   water woes of Jackson, but we have to worry about instilling

13   confidence in the public that the water is safe.  Otherwise,

14   we will have a public which is duly suspicious of its own

15   water and a public that might not be supportive.

16       To start off this matter, I want to be sure that all of

17   us are on the same plate about what concerns us here, if

18   there is any need to be concerned; that is, we need to look

19   at the press conference that was conducted by the mayor on

20   this matter, a matter concerning water filters.

21       So let me talk to my IT people.  Good morning.

22       MR. WATSON:  Good morning, Your Honor.

23       THE COURT:  And identify yourself for the record.  Of

24   course, I know you.  But I want your name on my record.

25       MR. WATSON:  Patrick Watson and Reginald Spencer.

1          THE COURT:  All right.  Gentlemen, good morning again

2     to you.

3          MR. WATSON:  Good morning, sir.

4          THE COURT:  Do you have the video of that press

5     conference?

6          MR. WATSON:  Yes, sir.

7          THE COURT:  Are you prepared to play it?

8          MR. WATSON:  Yes, sir.

9          THE COURT:  All right.  Then would you go ahead and

10    play it.

11         And those in the audience, you may view this video from

12    the TVs.  You have one on either side of the courtroom.

13         And those at counsel tables, you may review it from the

14    monitors there in front of you.

15         So then would you go ahead and now play that

16    conference.

17         MR. WATSON:  Your Honor, can I say one thing before we

18    play it?

19         THE COURT:  Yes.

20         MR. WATSON:  We pulled this copy off the Internet, so

21    the quality -- you can hear audibly, but there may be a

22    little bit of distortion at times, but it was a copy that we

23    pulled from the Internet.  It wasn't a hard copy that we

24    received of the press conference, so just want to preface

25    that before we play it in case there is any questions about

1     sort of the jittering and -- you can hear it.  I just want

2     to tell you that we pulled it off the Internet instead of

3     having a hard copy that we played.

4          THE COURT:  In other words, it is not your best work?

5          MR. WATSON:  Your Honor, I don't want to attach my name

6     to this, but my name is attached to it, so I am just trying

7     to save myself.

8          THE COURT:  Okay, then.  You are saved.

9          MR. WATSON:  Okay.

10         THE COURT:  All right.  Now, go ahead and run the

11    video.

12         MR. WATSON:  Yes, sir.

13              (Video playing in open court.)

14         THE COURT:  All right.  Thank you so much.  We will

15    take that later and make it a part of this record for the

16    status conference.  Thank you.

17         In dealing with this water crisis that we have, the

18    parties and the Court got together and decided to craft an

19    appointment for an interim manager, that person being

20    Mr. Ted Henifin.  Mr. Henifin is here with us, and he has

21    impeccable credentials relative to these types of matters,

22    having dealt with them in many other places and other

23    cities.

24         So then the parties agreed that Mr. Henifin should be

25    the interim manager of the water company and that he would

1    report to the Court as necessary.

2        Accordingly, I have met with him on a regular basis to

3    determine what the next steps should be, how successful we

4    have been so far with tackling this problem, and I am

5    impressed with how Mr. Henifin has dealt with these matters.

6        I had planned to do a conference sometime soon on the

7    developments that we have already managed to accomplish, and

8    before I did that, I needed to get approval from the court

9    system, because at first I was going to do a town hall

10    meeting-type concept.  I notified the administration of the

11    United States Courts of what efforts we had already taken in

12    this regard, and they didn't think that a town hall meeting

13    would actually be the vehicle that we should utilize.

14        So then we decided to do a status conference here in

15    the courtroom and to have Mr. Henifin and his staff, along

16    with the parties to this litigation, be privy to what they

17    had to say and allow anyone to ask any additional questions.

18        Prior to this, Mr. Henifin arranged for me to undertake

19    a tour of Jackson to see firsthand some of the problems

20    which await us for solution.  And that has been very

21    eye-opening.

22        Not only was I allowed a tour of the water problems,

23    but since now I have the case involving sewage, he also

24    showed me some desperate problems with the sewage that we'll

25    mention in passing when I address him.

1          In a number of places in Jackson, we have raw sewage

2     which is erupting out of the ground.  We also have homes

3     which have backup sewage, forcing those unfortunate

4     residents to have to vacate their property in the meantime,

5     because the stench, the health hazard are too great.

6          And then we had to determine how to determine what

7     problems should be addressed first, and so we have been

8     dealing with that.  Mr. Henifin with his staff I think,

9     again, has -- they have done a tremendous job in determining

10    how to address these various matters for optimal results.

11         So now what I propose to do is to reintroduce

12    Mr. Henifin to Jackson.  He has already been in and about.

13    He has already been in court on an occasion, and he has also

14    made himself available to the parties in this lawsuit and to

15    the public when they have given him enough time to address

16    them on these problems.

17         Mr. Henifin has been most successful in dealing with

18    the biggest water crisis that we had here, a crisis that had

19    lasted for quite some time, that had resulted in millions of

20    gallons of water being lost, treated water being lost; that

21    is, water that had already been treated and purified ready

22    for public consumption, but the water could not make it to

23    the households because of some ruptured pipes.  The

24    situation had lasted for a long period of time.

25         But under Mr. Henifin's watch, we were able to develop

1      a quite simple solution for all of this, and in a very short

2      time put a Band-Aid on that particular problem.

3              I'll let Mr. Henifin talk about these matters that he

4      has accomplished, and then after that we are going to get

5      into the video, because I asked Mr. Henifin did he have any

6      problems with the language of the video, and he informed me

7      that he did.  And so then I wanted to know precisely what

8      problems he sees in the video and some misconceptions that

9      the public could derive from that video.

10             After he has spoken on that at least briefly, since the

11     mayor has sent us a position statement on his involvement

12     with the video, I will hear from the mayor, and then

13     thereafter I would allow Mr. Henifin to tell me what he

14     thinks about the mayor's explanation on these matters.

15             So I'll start with Mr. Henifin.  Good morning,

16     Mr. Henifin.

17             MR. HENIFIN:  Good morning, Your Honor.

18             THE COURT:  Mr. Henifin, how long have you served as

19     our interim manager?

20             MR. HENIFIN:  We are approaching the seven-month mark,

21     sir.

22             THE COURT:  Seven months.  And you were appointed by

23     the Court with the concurrence of the parties to this

24     action?

25             MR. HENIFIN:  Yes, sir.

1           THE COURT:  Mr. Henifin, I mentioned that you have vast

2     experiences in these matters.  Is that so?

3           MR. HENIFIN:  Experience, yes.  I think you overstate

4     my expertise many times, but I have been doing this work for

5     over 40 years.

6           THE COURT:  How many years?

7           MR. HENIFIN:  Over 40, Your Honor.

8           THE COURT:  Forty?

9           MR. HENIFIN:  Yes, Your Honor.

10          THE COURT:  And you have been to different cities.

11          MR. HENIFIN:  Yes, Your Honor.  Mostly in the

12    southeastern Virginia area.

13          THE COURT:  And you have dealt with all these

14    matters -- is that green light on?

15          MR. HENIFIN:  Turned it on, make sure you --

16          THE COURT:  All right.  Thank you.  And then the

17    parties here were given access to your resume, and from a

18    group of other persons they selected you as a person who

19    should serve as an interim manager, and that was done with

20    the Court's agreement, correct?

21          MR. HENIFIN:  Yes, Your Honor.  I'm not sure they had

22    anyone else willing to step up, so it might not have been

23    purely on expertise, but I was willing to do it, yes, Your

24    Honor.

25          THE COURT:  I think you are being modest.  And,

1    Mr. Henifin, you have dealt with me on a regular basis.

2         MR. HENIFIN:  Yes, sir.

3         THE COURT:  Because I have been interested in -- more

4    than interested, since I am the judge over this lawsuit,

5    about the progress we are making.  And so you also are

6    familiar not only with the water issue, but you are also

7    aware acutely of the sewage issue, correct?

8         MR. HENIFIN:  Yes, Your Honor.

9         THE COURT:  And in fact, it was you who suggested --

10   instructed me that you thought that the water issue and the

11   sewage issue should be combined, correct?

12        MR. HENIFIN:  Yes, Your Honor.  I thought I saw some

13   benefit to the structure you and the parties created on the

14   water side that would be applied to the sewer system and

15   maybe make some quicker improvements than have been made in

16   the past.

17        THE COURT:  And so we have been moving towards

18   consolidating those two matters, correct?

19        MR. HENIFIN:  Yes, Your Honor.

20        THE COURT:  In fact, I have directed the parties to

21   come together to handle the necessary paperwork to combine

22   those two matters.  And in addition, I feel that inasmuch as

23   you have the expertise in both areas, that you then should

24   have a similar position with regard to sewage as you now

25   enjoy with regard to water.

1        The bills for the sewage and water go out together.

2        MR. HENIFIN:  Yes, sir.

3        THE COURT:  The infrastructure on both the sewage and

4    the water are related.  The moneys that are going to be

5    eventually all disposed to the City can be used for the

6    water and then later some moneys for the sewage.

7        MR. HENIFIN:  Potentially.  The federal dollars we have

8    received are limited strictly to the water.

9        THE COURT:  Right.  That's what I was saying, it's

10   limited to the water that we have already gotten, and that

11   is something that you and I have scheduled for later in the

12   week to discuss the amount of money that has recently been

13   received and how that money is to be earmarked.

14       MR. HENIFIN:  Yes, Your Honor.

15       THE COURT:  We have also discussed the projects that

16   will have to be conducted on both the water side and the

17   sewage side.

18       MR. HENIFIN:  Yes, Your Honor.

19       THE COURT:  And we have some determinations that we

20   have to make with regard to those projects.

21       MR. HENIFIN:  Yes, Your Honor.

22       THE COURT:  You are in the process of determining what

23   projects need mostly to be engaged in at present and then

24   move on to the ones that are less involved to one sense.

25       MR. HENIFIN:  I am working with closely with the City

1    on that, Your Honor.  They have got a great feel for what

2    needs to be done as well.

3        THE COURT:  And the City has at one time -- well, even

4    now maybe -- been under the watch of the federal government;

5    is that correct?

6        MR. HENIFIN:  Yes, Your Honor.

7        THE COURT:  EPA?

8        MR. HENIFIN:  Yes, Your Honor.

9        THE COURT:  How long has the City been under the EPA's

10   directives?

11       MR. HENIFIN:  I believe it is 12 -- 10 -- 11 -- 10

12   years.  Ten years, Your Honor.

13       THE COURT:  Ten years.

14       MR. HENIFIN:  Ten years, Your Honor.

15       THE COURT:  And under the EPA's watchful eye over the

16   City's sewage problem, the City was directed to do certain

17   thing, was it not?

18       MR. HENIFIN:  Yes, Your Honor.

19       THE COURT:  Those things have not been accomplished,

20   have they?

21       MR. HENIFIN:  I believe they were financially

22   challenged to get some of those done.

23       THE COURT:  And so they have not been able to get done

24   what EPA wanted?

25       MR. HENIFIN:  Yes, Your Honor.

 1          THE COURT:  Over this ten-year period.

 2          MR. HENIFIN:  That is correct.

 3          THE COURT:  And when we went out for a tour, and I'll

 4     start with the sewage problem, you showed me some raw sewage

 5     bubbling up from the ground --

 6          MR. HENIFIN:  Yes, Your Honor.

 7          THE COURT:  -- by itself, that is an horrendous

 8     development.  And the one you showed me, the first one, was

 9     close to a senior citizen home, was it not?

10          MR. HENIFIN:  Yes, Your Honor.

11          THE COURT:  And I remember saying that we need to move

12     on it quickly, and I also asked a naive question:  What is

13     causing this matter?  And I think you told me that this

14     cause was because of a stoppage, a backup in the sewage

15     pipes.

16          MR. HENIFIN:  Yes, Your Honor.

17          THE COURT:  I then asked why couldn't these pipes be

18     drilled out so that the pipes would be clear of the

19     congestion and the sewage could flow.  I said that I own

20     some property, rental property.  From time to time some of

21     my tenants flush the wrong things down the pipes, and I have

22     to call up some organization to come and clean out my pipes.

23     And I mentioned that to you, and I asked did not the City

24     have such capacity to drill out pipes, did they have trucks

25     that might be able to do that.  And, of course, you remember

1    what you told me?

2         MR. HENIFIN:  Yes, Your Honor.

3         THE COURT:  You said the City has three trucks.  At

4    that time, three.  And I says, well, then it is no problem,

5    so why can't the City simply take these trucks and have them

6    drill these pipes?  You said they couldn't do that.  Tell me

7    why you said that.

8         MR. HENIFIN:  I was under the understanding that the

9    three trucks had been in the shop for repair and they hadn't

10   paid the bill to get them out yet.

11        THE COURT:  The City had all three trucks in the shop.

12        MR. HENIFIN:  Yes, Your Honor.

13        THE COURT:  And those three truck were not available

14   because the City hadn't paid the bill yet?

15        MR. HENIFIN:  That was my understanding, yes, Your

16   Honor.

17        THE COURT:  So then I said I can call up a private

18   company and have them come out here and drill this pipe.  I

19   also said that I was so disturbed about that matter that I

20   was going to pay the cost and not charge the City.  Do you

21   recall that?

22        MR. HENIFIN:  Yes, Your Honor.

23        THE COURT:  I said, because if we have this problem

24   here near a senior citizen home with this potential

25   endangerment to that group of folk, then I would just pay it

1    and I would not charge the City at all.  Do you recall my

2    saying that?

3        MR. HENIFIN:  Yes, Your Honor.

4        THE COURT:  And so then you said that I might be taking

5    on a tall order.

6        MR. HENIFIN:  Yes, Your Honor.

7        THE COURT:  And I said why?  It is just this one here,

8    so I don't mind.  I'll just pay the cost, and I'll live off

9    peanut butter and jelly sandwiches for a while, but I will

10   go ahead and just pay the cost, and I won't charge the City.

11   So then you said but I need to know the quantum of the

12   problem.

13       MR. HENIFIN:  Yes, Your Honor.

14       THE COURT:  And while I was thinking that it was just a

15   few spots where the sewage was bubbling up, you told me

16   there were quite a few.  I believe you said 257.

17       MR. HENIFIN:  There was 250-something, that's for sure,

18   Your Honor.

19       THE COURT:  And they had similar problems.

20       MR. HENIFIN:  Yes, Your Honor.

21       THE COURT:  So then you asked me was I prepared to

22   support 250 type of situations.

23       MR. HENIFIN:  Somewhat in jest.

24       THE COURT:  And I said I don't have enough peanut

25   butter and jelly for that.

1          So then I asked the next question of when did the City

2     project it would be able to get their trucks out of the

3     shop, and I believe you said you had no idea.

4          MR. HENIFIN:  That is correct, Your Honor.

5          THE COURT:  So those trucks stayed in the shop, I take

6     it.

7          MR. HENIFIN:  They -- one of them came out somewhere

8     after that period of time.  I don't know exactly when.

9          THE COURT:  But they were in the shop because the City

10    did not pay its bill.

11         MR. HENIFIN:  That was my understanding, Your Honor.  I

12    cannot confirm that.

13         THE COURT:  So then I went to my next question.  Since

14    we have over 250 such occurrences around the city, why don't

15    we just encircle the areas that are in most need and work

16    our way through that?  And then you said that before we

17    could do that, we had to address another problem.  You

18    informed me then that while we were talking about the

19    outside sewage problem bubbling out of the ground, that

20    another problem even more frightful was the problem of

21    sewage bubbling up in the households, coming through the

22    commodes, the sinks, coming into the households, forcing the

23    residents to have to vacate those houses.  So you said that

24    we should first address the houses and then go to the

25    outside but try to combine them as much as possible, but

1    there's this matter of the houses.

2         MR. HENIFIN:  They are definitely related, Your Honor.

3    The sewage backups that are coming up out the street are

4    typically on the same lines that are causing backups into

5    the houses.  And not all houses.  It has to be the right

6    situation, but we do have a number of houses that have had

7    sewage backup into their house.

8         THE COURT:  A number of houses.

9         MR. HENIFIN:  Yes, Your Honor, but I don't have a

10   number.

11        THE COURT:  Is it over 100?

12        MR. HENIFIN:  I don't believe so, but I'd have to rely

13   on the City for that.  I think it's more like a dozen or so.

14   I'm not --

15        THE COURT:  And so that had to be the first address, on

16   the houses, and then try to go back to those matters that

17   are out there bubbling up from the ground.

18        MR. HENIFIN:  Yes, Your Honor.

19        THE COURT:  Now, let me ask you, Mr. Henifin, how are

20   we doing now on the sewage coming out of the ground?

21        MR. HENIFIN:  It is still coming out.  We have, I

22   think, done an inventory that shows that we're down to about

23   212, and that is not due to anything I've done.  The City

24   has continued to try to work the system.  They did buy

25   another truck, a used truck, and they have succeeded, I

1    think, in paring the list down to around 212.  So that's

2    progress.  But that has nothing to do with me, Your Honor.

3         THE COURT:  But then on this matter about the City

4    buying another truck, a used truck, what happened to that

5    used truck?

6         MR. HENIFIN:  I don't know, Your Honor.

7         THE COURT:  Is that used truck still operative?

8         MR. HENIFIN:  Yes, it is.  I saw it two weeks ago

9    leaving the yard, so I know it is still running, and they

10   were working with it.

11        THE COURT:  And did that truck also go to the shop?

12        MR. HENIFIN:  No, I don't think that truck has been in

13   the shop since they have owned it, but that would be a

14   question for the City.

15        THE COURT:  I don't know where I got it, but I

16   understand that truck also went to the shop.  But

17   nevertheless, so that is on the sewage problem.  So the

18   sewage problem is still fraught with problems; is that

19   correct?

20        MR. HENIFIN:  That's correct, Your Honor.

21        THE COURT:  And since we have a public here and public

22   listening in, do you have a projection how long it is going

23   to take to deal with this sewage problem?

24        MR. HENIFIN:  To get the lines cleared and working --

25   in many cases, they are related to a collapse in the sewer

1    line downstream, so the sewage can't get through there

2    regularly.  Still evaluating, but we are thinking somewhere

3    from a year to two to stop the sewage that is flowing today

4    as we speak and try to keep up with any new ones that

5    develop over that two-year time frame.

6        THE COURT:  That is on the sewage problem.

7        MR. HENIFIN:  That's just on the current sewage that

8    has coming up out of the ground, yes, Your Honor.

9        THE COURT:  It is about 212 now.

10        MR. HENIFIN:  Yes, Your Honor.

11        THE COURT:  It was about over 250.

12        MR. HENIFIN:  Correct.

13        THE COURT:  How long ago did you take me on that tour?

14        MR. HENIFIN:  We went at the end of -- middle of march,

15    Your Honor.

16        THE COURT:  Middle of March.  So here it is now in

17    June.  So we can't say that that sewage problem is very

18    easily repaired and addressable.

19        MR. HENIFIN:  Not at all, Your Honor.

20        THE COURT:  What must be done to address that sewage

21    problem so that we won't have this problem again?

22        MR. HENIFIN:  So each of those locations, you need to

23    essentially clean and TV-inspect, so the closed-circuit TV

24    would go into the pipe to determine what is causing the

25    sewage to back up at that spot.  And there's any number of

1    causes.  You could have -- the pipes have joints where they

2    come together, and sometimes the clay has moved the pipe and

3    the joint offsets, and so then debris that's flushed through

4    the system gets hung up there and then it starts backing up

5    because it can't pass any longer, so you have to dig down

6    and fix that joint.

7        In other places, you might have a section of pipe

8    that's collapsed.  You might have a section of pipe that our

9    local utility company has kindly bored through when they

10   were trying to install cable television or broadband.  That

11   happens frequently.  And then they bore through it, and

12   stuff starts accumulating on the line they have put right

13   through your sewer line.  Very nice of them to do.  And as

14   things build up there, then you've got to get with the

15   utility company that caused that problem, dig down to the

16   pipe, get them to relocate their utility out of your pipe,

17   make the repair, and keep going.

18       So there's endless numbers of things that happen to our

19   sewage pipes under the ground that create this, and so it is

20   going to just be a methodical one at a time, go after them

21   with a contractor that has got the equipment to do the TV

22   inspection, cleaning, determine the cause, and then

23   immediately bring a construction contractor in to make the

24   needed repair.  And sometimes it might be entire pipeline

25   from manhole to manhole.  Could be a collapsed manhole in a

1    creek.  Had one of those.  That has been repaired in the

2    time since we toured.

3        So there is an infinite number of reasons that your

4    sewer could be backing up, but it takes -- once you have got

5    all of those fixed, you need to be on a regular program of

6    inspecting and cleaning your lines throughout the city.

7        And then you need the public education to keep people

8    from pouring grease in the system or flushing things -- like

9    your tenants, the wrong things down the toilet, which,

10   believe it or not, that's one of the biggest challenges of

11   sewer systems across the United States of people using their

12   toilet as a trash can.  It is not.  It is not designed for

13   that.  And flushable wipes that are labeled flushable that

14   aren't, all these problems have contributed to challenge of

15   sewers across the country, and so -- and then fat, oils, and

16   grease.

17       So all your restaurants that may have grease in their

18   cooking process need to have a grease interceptor where

19   their drain line goes out of their building, captures the

20   grease, and only lets the water go through.  If those aren't

21   cleaned and functional, that grease goes into your sewer

22   line.  It doesn't take long for it to harden up and build up

23   into a giant blockage.

24       So, again, public education and an enforcement program

25   around grease -- fats, oils, and grease; public education

 1    program around what to flush; and then an ongoing, robust

 2    maintenance program to inspect, clean, and keep lines

 3    flowing is all needed after you make all these repairs.

 4         THE COURT:  Now, these sewage lines, they are not

 5    waterlines, correct?

 6         MR. HENIFIN:  That is correct, Your Honor.

 7         THE COURT:  So on the sewage problem, what is your

 8    estimate on how much money it's going to take to correct

 9    that matter?

10         MR. HENIFIN:  We have thrown some really rough numbers

11    together with the help of the City, and at least the

12    priority projects that we have identified, somewhere in the

13    130 to 200 million is probably what we're talking about for

14    just those priority projects.  Still got ongoing maintenance

15    to take care of, and then things will happen along the way.

16         And that still may not be enough.  You've still got --

17    that includes some projects at the treatment plants,

18    contract-operated treatment plants, but they still need

19    reinvestment as well.  We think we've got the major things

20    listed, but there will be an ongoing need to be reinvesting

21    in our sewer program.

22         We need to get our local revenues coming back in.  We

23    need people to pay their bills.  We need to get the right

24    rate.  We need to bill the people that don't have accounts.

25    There is a lot of work to get to that point, Your Honor, but

1    we are making slow and steady progress.  But the local --

2    once we get the local revenue going, and we've had this

3    federal investment, we've got some Corps of Engineer money

4    it would appear that we can direct toward sewer, I think we

5    might have the resources we need, but I still don't know the

6    full extent of the problem.

7         THE COURT:  When you said 130 million to 200 million,

8    are you saying that this project eventually will have that

9    kind of money?

10         MR. HENIFIN:  Yes, Your Honor.

11         THE COURT:  It would come from the federal government

12    and from revenues and from where else?

13         MR. HENIFIN:  So the Corps of Engineer is obviously

14    federal Government, but that is a potential that a good

15    chunk of the money that they have allocated to Jackson could

16    go to sewer.  We haven't got all that locked in with them

17    yet, but we're working on that.

18         Then the federal dollars, we'd be looking for federal

19    dollars, but I don't know that beyond that Corps of

20    Engineers money we've identified any federal funding for the

21    sewer system.  So then we are talking about using local

22    revenues predominately for sewer system work.  But by using

23    some of the federal dollars we have for the water system and

24    if we use those efficiently and effectively, we can free up

25    local revenue to apply to the sewer.  Because the local

1    revenue is not restricted to just water.  It can work on the

2    water or sewer system.

3        So critical piece in this is getting people to pay

4    their bills, getting the bills to people who don't have

5    accounts, getting the billing system right, start receiving

6    revenue at the rate at which we should, and we are way below

7    that after years of failed meter projects and the pandemic

8    across the country, everyone stopped shutting off water for

9    that, which was absolutely the right move during a public

10   health crisis, but most utilities have been able to bring

11   shutoffs back in to the picture.

12       And shutoffs are a terrible blunt tool.  When you turn

13   someone's water off, it is very disruptive.  Unfortunately,

14   a lot of folks in Jackson understand what it's like to not

15   have water, but when they should water because it is at the

16   street and we shut it off because they are not paying their

17   bill, you get people's attention pretty quickly, and typical

18   utilities have 95 percent and higher collection rates

19   because people need water, and they pay for it if you shut

20   it off if they aren't paying for it.

21       It is a blunt instrument.  We'll be looking for ways to

22   protect those that can't afford their bills when we get to

23   this, but we are definitely focused on figuring out how to

24   get that local revenue in the door, because none -- the

25   sewer program will not work if we don't have strong local

1    revenues coming in on a regular basis.

2        THE COURT:  This money that is supposed to come in from

3    the federal government and the moneys that come in from the

4    federal government for the water money, that is separate

5    money, correct?

6        MR. HENIFIN:  Yes, Your Honor.  We are not allowed to

7    spend -- any of the federal dollars that were given to

8    Jackson or directed to Jackson as part of the Congressional

9    appropriation act last year all has to be spent on Safe

10   Drinking Water Act projects, essentially can only be on

11   drinking water.  And EPA has emphasized that with us, and we

12   understand that's how Congress passed the bill, so that is

13   the language in the Congressional appropriation, and we will

14   honor that to its penny.

15       THE COURT:  And then with regard to this money, these

16   moneys are separated, are they not?

17       MR. HENIFIN:  Yes, Your Honor.

18       THE COURT:  So then the water money is separate from

19   the sewage money?

20       MR. HENIFIN:  As -- if we get federal dollars, they

21   stay separated.  As we spend it, they are separated.  Local

22   revenue is not separated.  So local revenue comes into an

23   operation and maintenance account for the system.

24       THE COURT:  Okay.  And then on this money, this money

25   is maintained in separate accounts or will be maintained in

1    separate accounts, correct?

2        MR. HENIFIN:  Yes, Your Honor.  Or at least accounted

3    separately.  Doesn't necessarily have to have a separate

4    bank account because it is all done through accounting, but

5    the money will flow and be accounted for to the penny for

6    each particular project and source of money and what it's

7    able to use for.

8        THE COURT:  And as of the judge who is over this

9    matter, I have met with you to get from you the status of

10    these moneys and expenditures of these moneys.  In

11    addition -- well, I believe you submitted just recently some

12    information to me on the amount of money that is under your

13    watch; is that correct?

14        MR. HENIFIN:  Yes, Your Honor.  I provided a report

15    showing what has come down from the federal government from

16    the current grant and grants and what has been expended, and

17    I provided that detail to you two or three weeks ago.  I

18    don't know.  Time is irrelevant, it seems, anymore.  I can't

19    keep up with it, but --

20        THE COURT:  It was about two weeks ago, I think.

21        MR. HENIFIN:  I think it was about two weeks ago, yes,

22    Your Honor.

23        THE COURT:  And you furnished that to me for my study.

24        MR. HENIFIN:  Yes, Your Honor.

25        THE COURT:  And whether I had any inquires on any of

1    that.

2        MR. HENIFIN:  Yes, Your Honor.

3        THE COURT:  And -- because I am to approve those

4    expenditures, correct?

5        MR. HENIFIN:  I don't know if that's the correct

6    terminology, but -- I would have to get back to --

7        THE COURT:  I am to review --

8        MR. HENIFIN:  You're to review, yes, Your Honor.

9        THE COURT:  -- those and see if I have any problems

10    with these expenditures.

11        MR. HENIFIN:  Yes, Your Honor.

12        THE COURT:  That also involves the projects themselves,

13    because it doesn't do much good for the Court to say I can

14    review the expenditure if I can't review the designation of

15    projects.

16        MR. HENIFIN:  Correct, Your Honor.

17        THE COURT:  So then you have been endeavoring to ensure

18    that those who are selected as project managers are worthy

19    of the projects.

20        MR. HENIFIN:  Yes, Your Honor.

21        THE COURT:  And so then when people have submitted

22    their applications, then you have to go through it

23    meticulously to determine, one, whether they can do the job;

24    secondly, whether their bidding on doing the job is

25    reasonable.

1    MR. HENIFIN:  Correct, Your Honor.

2    THE COURT:  And then whether they have a past history

3    of not doing the job.

4    MR. HENIFIN:  Yes, Your Honor.

5    THE COURT:  Am I correct?

6    MR. HENIFIN:  Yes.  All the qualifications that we

7    would review include past perform, reasonable price, similar

8    work experience in the past.  All of these things would be

9    reviewed in a qualifications review.

10    THE COURT:  In fact, towards that end, I asked you to

11    share with me a list of people who have applied to handle

12    some of these projects.

13    MR. HENIFIN:  That needs to continue to be updated

14    because that one is getting out of date already, Your Honor.

15    THE COURT:  Right.  That is because, again, as the

16    judge with oversight responsibility, then I just want to be

17    sure that the projects are indeed projects.  It is always

18    great to have another check and a balance.

19    MR. HENIFIN:  Absolutely, Your Honor.

20    THE COURT:  And since I am the judge who's over this

21    matter, then I need to have that check and that balance with

22    regard to persons who might be given contracts, because if

23    someone is provided a contract who is not competent or

24    someone who fails to perform, then that person should not be

25    the recipient of these public dollars.

1          MR. HENIFIN:  Yes, Your Honor.

2          THE COURT:  So then there is a question about their

3    past, what they have done in the past.  I raised that

4    question --

5          MR. HENIFIN:  Yes, Your Honor.

6          THE COURT:  -- at one time, and that is what generated

7    the list; is that correct?

8          MR. HENIFIN:  Yes, Your Honor.

9          THE COURT:  You make the determination because you are

10   the manager, but I just want to know who is in this list of

11   potential contractees, and I wanted to ask you do you know

12   what their track record is.

13         MR. HENIFIN:  Yes, Your Honor.

14         THE COURT:  Because we're just not in the business of

15   passing out money.

16         MR. HENIFIN:  That is correct, Your Honor.

17         THE COURT:  So then we need to know whether these

18   persons have the expertise and, of course, it goes without

19   saying, honesty and the performance capability on these

20   matters so that we don't get caught up in, as I just said a

21   few minutes ago, passing out money --

22         MR. HENIFIN:  Absolutely, Your Honor.

23         THE COURT:  -- with no return on our dollars.

24         MR. HENIFIN:  And I appreciate your guidance and

25   attention to this fact.

```
1            THE COURT:  Well, I have tried to stay involved on all

2       of these matters.

3            MR. HENIFIN:  You have stayed very involved, Your

4       Honor.

5            THE COURT:  Pardon me?

6            MR. HENIFIN:  You have stayed very involved, Your

7       Honor.

8            THE COURT:  Well, because, again, there has to be the

9       checks and the balances, and we are all working for common

10      aim of providing the very best water/sewage resource that we

11      can for the City of Jackson.  It has labored too long under

12      these stresses, so it's important that there be this

13      constant monitoring, and so then from time to time you

14      have -- well, not from time to time.  Each and every time I

15      have called you, you have always telephoned me back or been

16      right there on the scene so that we can talk.  And as I

17      said, I think you have done a great job.

18           MR. HENIFIN:  Thank you, Your Honor.

19           THE COURT:  Now, mostly I have been talking about the

20      sewage problem.  On that tour you took me on, you showed me

21      a most distressing sight.  We had the parties there with us.

22           MR. HENIFIN:  Yes, Your Honor.

23           THE COURT:  So all of the parties to this lawsuit,

24      including the mayor, were all invited to go, and so they

25      went.  And you took me to what probably was the most telling
```

1    water rupture problem that the City faced.  Is that so?

2        MR. HENIFIN:  The most telling one we know of at the

3    moment.  We haven't found anything any bigger yet.

4        THE COURT:  I noticed how cautionary you are.  That we

5    haven't found anything bigger yet.

6        MR. HENIFIN:  Correct.

7        THE COURT:  So when you came on the scene, you found

8    this water problem out on the Atkins Boulevard?

9        MR. HENIFIN:  Yes, Your Honor.  The Old Colonial

10   Country Club, I believe, or Colonial Golf Course.

11       THE COURT:  And so you took me over there and the

12   parties to look at what was out there, and the water that

13   was a product of the ruptured pipe was treated and purified

14   water.

15       MR. HENIFIN:  Absolutely.

16       THE COURT:  In other words, that water was on its way

17   to the households when it hit the ruptured pipe.

18       MR. HENIFIN:  That's correct.

19       THE COURT:  And then it just came out of the pipe and

20   went into the ground.

21       MR. HENIFIN:  That is correct.

22       THE COURT:  Tell me again how many gallons we are

23   talking about.

24       MR. HENIFIN:  We were estimating at around 5 million

25   gallons a day.

1    THE COURT:  5 million gallons a day.

2    MR. HENIFIN:  Yes, Your Honor.  About one tenth of what

3    we were producing overall.

4    THE COURT:  All right.  So 5 million gallons of water a

5    day.

6    MR. HENIFIN:  Yes, Your Honor.

7    THE COURT:  And that was purified water?

8    MR. HENIFIN:  We'd taken it from the reservoir, fully

9    treated it, and put it into the system.  Yes, Your Honor.

10    THE COURT:  And it was on its way to the households.

11    MR. HENIFIN:  Yes, Your Honor.

12    THE COURT:  Just didn't make it.

13    MR. HENIFIN:  No, sir.

14    THE COURT:  So that was a waste of person power; that

15    was a waste of treatment efforts because the water just

16    ended up on the ground.

17    You also showed me what looked like a small lake out

18    there.

19    MR. HENIFIN:  Yes, Your Honor.

20    THE COURT:  That was a water purified lake.

21    MR. HENIFIN:  Yes, Your Honor.

22    THE COURT:  All of that water came from the ruptured

23    pipe.

24    MR. HENIFIN:  Yes, Your Honor.

25    THE COURT:  The 5 million gallons.  And then I think

1    you told me at one point that you had all taken a measuring

2    pole to insert into that lake to see how deep the lake was.

3    And what happened?

4        MR. HENIFIN:  We couldn't reach the bottom.  Once we

5    fixed the line, we found the leak was 35 feet deep.

6        THE COURT:  Thirty-five feet deep.  But when you

7    inserted that pole --

8        MR. HENIFIN:  It was only an 18-feet pole, so we

9    couldn't get to the bottom.

10       THE COURT:  And you couldn't get to the bottom because

11   the pole just wasn't long enough.

12       MR. HENIFIN:  That is correct, Your Honor.

13       THE COURT:  So at that point you didn't know how deep

14   it was.

15       MR. HENIFIN:  That is true, Your Honor.

16       THE COURT:  You didn't find out how deep it was until

17   after you had fixed the problem.

18       MR. HENIFIN:  Well, as we were fixing the problem.  We

19   had to stop the flow.  You saw the bypass pipelines we had,

20   the big black pipe that we had laying on the ground, and the

21   valves we put it in, speciality valves to put in to bypass

22   the flow around the problem, and then contractors could dig

23   down and discover that it was at the very bottom of that

24   pipeline at 35 feet down.

25       THE COURT:  Thirty-five feet down.  Now, this 5 million

1   gallons of purified water destined for the households that

2   didn't make it to the households but instead spilled out

3   onto the ground, what was the cost of that per day?

4       MR. HENIFIN:  A loss of 5 million gallons a day would

5   be somewhere in -- the overall cost to run -- the plant at

6   this time is running around a million and a half.  We put

7   out about a million and half a year -- no, million and a

8   half a month.  I haven't done the math here, but I am saying

9   somewhere in the $50,000 range.

10      THE COURT:  About $50,000 range for that spillage.

11      MR. HENIFIN:  To make that water and to lose it on a

12  daily basis.

13      THE COURT:  So that's $50,000 a day.

14      MR. HENIFIN:  Running my math in the top of my head

15  here.  I may be off.

16      THE COURT:  But a rough estimate.

17      MR. HENIFIN:  Say somewhere in the 10 to $50,000 range.

18      THE COURT:  But, now, that problem was not repaired

19  after one day.  In fact, it was not even repaired after one

20  week.  Nor was it repaired after two weeks, nor a month.

21  Nor, for that matter, after six months.  So how long did

22  this problem persist?

23      MR. HENIFIN:  I don't have the exact date, but we have

24  been told anecdotally that it was discovered around 2016.

25  In defense of everyone that discovered it, it was very

1    challenging to figure out how to fix it, and they may have

2    just decided that it was easier to let it flow than to try

3    to fix it, because it was a very complicated repair.

4    Needless to say, it needed to be fixed at some point.

5         THE COURT:  So then from 2016, you said?

6         MR. HENIFIN:  Yes, Your Honor.

7         THE COURT:  And we went out just a couple months ago.

8         MR. HENIFIN:  Correct.

9         THE COURT:  So we are talking about basically about

10   seven years.  So seven years of this particular problem.

11   That cost the City of Jackson somewhere in the neighborhood

12   of 10 to $50,000 a day.

13        MR. HENIFIN:  Probably on the lower end of that as I'm

14   thinking through the number, but still, thousands of dollars

15   a day for 10 years.

16        THE COURT:  And this thousands of dollars a day

17   calamity lasted for seven years?

18        MR. HENIFIN:  Seven years.  Yes, Your Honor.

19        THE COURT:  That's a lot of days.

20        MR. HENIFIN:  A lot of dollars.

21        THE COURT:  A lot of dollars.  And so this is what the

22   City of Jackson was paying those seven years out of its

23   water budget, correct?

24        MR. HENIFIN:  Yes, Your Honor.

25        THE COURT:  So then when you took me out there and I

 1    saw all of that, now, I asked you what were the plans, and

 2    you carefully explained to me that, of course, the plan was

 3    to fix it.  Now, Mr. Henifin, I know that you are being

 4    gracious to all concerned about that particular problem, but

 5    you said that it was complicated.

 6         MR. HENIFIN:  Very complicated, yes, Your Honor.

 7         THE COURT:  But the solution wasn't complicated, was

 8    it?

 9         MR. HENIFIN:  Executing the solution was a little

10    complicated.  With the right contractors and enough money,

11    you get it done.  It was about $2.5 million all in when we

12    fixed it, Your Honor.

13         THE COURT:  2.5 million.  And compare that 2.5 million

14    to repair it against the amount of money that the City had

15    lost over seven years.  2.5 million is just a pittance.

16         MR. HENIFIN:  Probably a good return on that

17    investment, yes, sir.

18         THE COURT:  So now on the repair, I said that the

19    solution was not that complicated, because in the solution,

20    you just simply -- in this pipe structure, you shut it off

21    at one point, shut it off at another point, and in between

22    was where the rupture was located, and then you put in a

23    pipe that went around the ruptured section and stopped using

24    the rupture section, correct?

25         MR. HENIFIN:  Until we could repair it, correct.

1          THE COURT:  Until you get the repair.

2      MR. HENIFIN:  So the repair was -- we dug down, and the

3   kind of pipe it was, it was pretty challenging to -- took a

4   lot of welding and manual work to fix the steel part of the

5   pipe, pour more concrete on top of it, and get it all

6   buttoned up so it wasn't leaking and then backfill the giant

7   hole and good to go.  But then you take the bypass pipe that

8   you saw back out of service, and we are actually going to be

9   using that on another leak in another part of the city in

10  the near future.

11         THE COURT:  Now, give me an estimate of the amount of

12  time it took for you to identify that problem, repair that

13  problem, after you were appointed as interim manager and

14  recognize what that problem was.

15     MR. HENIFIN:  We didn't -- I don't even know how anyone

16  on the staff found the problem or it was reported to us, but

17  as soon as we heard about a leak, we responded, we took a

18  look at it, and realized immediately that it needed

19  specialized contracting.  We were able to reach to one of

20  the consulting firms we have working with us on board

21  Stantec.  Their office is on Lakeland Terrace.

22         They mobilized their contacts to get the specialty

23  contractor -- there's only a few in the country that do the

24  pressure tap work that had to happen, the line stop pressure

25  tap and bypass piping, because we couldn't stop water for

1      the City.  If we had shut that line off, we would have lost

2      service to 20,000 households, probably, for days while we

3      made the repair.  They would have had no water.  So the only

4      option is to bypass that so you can get the water off the

5      pipe.

6          So specialty contractor came in to do that work.  They

7      were also able to do the repair.  So that is -- the majority

8      of the cost went to that one contractor, and they mobilized

9      within, I think, five days of us notifying them.

10         So we found the problem, we met on -- say that's day

11     one for us, identifying the problem.  We reached out to

12     Stantec, our consultant, the next day.  They reached out to

13     Rangeline, and they were mobilized in five, so that's a week

14     to get the contractor on-site.

15         They ran into some problems, both weather and

16     equipment.  They had to get special piece of equipment

17     because they didn't have anything big enough to get down to

18     the 35-foot depth, so there was a little bit of delay there.

19     They cleared trees to put -- the access path you walk down

20     was all cleared.  They moved around -- I think they actually

21     executed the repair I think within 21 days of our initial

22     notice.  They still had site cleanup, backfilling to do,

23     things like that, but really from the day we found it to the

24     day the water went back on was in the 21-day range, and I

25     would have to get the exact dates for you, Your Honor.

```
 1          THE COURT:  Twenty-one days.  And then we didn't have a
 2     5 million gallon leakage anymore.
 3          MR. HENIFIN:  Not from that spot, no, sir, Your Honor.
 4          THE COURT:  I know you mean not -- I know because there
 5     are other spots.  But that spot was probably the worst,
 6     don't you agree?
 7          MR. HENIFIN:  I hope it is, but, again, I don't know.
 8     We are still losing a tremendous amount of water.
 9          THE COURT:  I know you have some tools to give
10     indicators as to whether there's a loss of water.  Are they
11     showing that there are other spots?
12          MR. HENIFIN:  Yeah.  We know just based on the amount
13     of water we put into the system and the amount of water
14     people use that there's still a significant amount.  We are
15     working -- actively working on four large leaks, not
16     anywhere near as dramatic, at least, in appearance, but they
17     might have a lot of water below the ground that we haven't
18     figured out.  We are looking at employing some different
19     technology.  Actually, there is a firm that can do this
20     using satellite imaging to help us find and locate large
21     leaks.  So we are opening discussions with them.
22          So we are -- and we already have leak detection -- all
23     of the meters we've installed, the new meters, part of a new
24     metering contract, all have active acoustic listening device
25     capability, so we can actually listen through the meters.
```

1     And they always have noise as water is flowing, but if the

2     noise gets different -- so you are just measuring

3     differences between normal noise and something else happen

4     in the system, and there is a computer program and some

5     technicians that can now review that on a regular basis to

6     try to help us go out to those areas looking for leaks.

7          And finally, we have got a contractor in who's going to

8     do more active leak detection by inserting leak detectors in

9     valve boxes on major valves around the city.  So by end of

10    this calendar year, we should have a pretty robust leak

11    detection program running to try and identify where else we

12    need to be looking.

13         And meanwhile we just keep doing it the old-fashioned

14    way:  people call in; we see pressure go down.  A lot of

15    what happens right now is my giant staff of two specialists

16    Jordan Hillman and Terrence Byrd, they monitor the system

17    continuously, and if they start seeing tanks dropping in the

18    system for some unknown reason, they are immediately trying

19    to figure out why that might be happening and mobilizing to

20    find the leaking pipe that is doing that.

21         They have been very, very successful over the time

22    that -- since my appointment, really since about late

23    February, early March, because up to that point, we were

24    focused almost entirely on our treatment plants.  Once we

25    got the contract operator in place, Jacobs, we have been

1    able to divert our attention to the distribution system and

2    are making great strides in getting pressures back to

3    normal, responding when it breaks.

4        We have had a number of big breaks that in the early

5    months, say September through January, would have taken the

6    system down, or a large portion of it, and we have been able

7    to respond fast enough to isolate them, fix them, and put

8    them back in service without residents even knowing that

9    anything happened, with the exception, I would say, of two

10   houses on the end of Forest Hill Road that are on the very

11   end of the surface water system.

12       I'm in regular contact with those two property owners.

13   That's been an ongoing problem for 10 years, and we are

14   working on a more permanent solution for them.  They are

15   still -- those two houses are still suffering from pretty

16   wild pressure swings and occasional no pressure at all, so

17   we are working closely with those to fix that problem.  But

18   everyone else anecdotally that I hear through the City says

19   their pressure hasn't been this good in years.

20       So I think we're making great progress, and that is

21   from -- 150 leaks have been repaired, including the one big

22   one and many others, since the end of March -- since the

23   beginning of March; 60 large valves have been opened that

24   were closed.  And when I say "large," those are on 12-inch

25   lines and bigger.  I mean, these are big, big valves.

1    We continue to find leaks and fix them.  Again, that

2    150, that was a couple of week ago we are at that number, so

3    we're fixing continuously.  We have got two contract crews

4    that are out working every day managed by a local

5    engineering firm to make sure we are spending the money

6    wisely.  We have inspectors watching what is going on at

7    every angle.

8    Within the plants, I mentioned Jacobs has been

9    operating them.  They continue to repair things, make them

10    run better.  We have got a major project going on at Curtis

11    where we are designing a new chemical feed system for all

12    the chemical feeds in the plant.  We are also designing a

13    chlorine -- new chlorine system for the plant so we can move

14    off of the gaseous chlorine that's out there today.  We've

15    got continued work on the model, which is the hydraulic

16    model for the whole system.  Still requires more mapping

17    work, which is ongoing as we speak.

18    Still got -- the valve contractor that helped us get

19    those 60 valves open is now doing their assessment in

20    neighborhoods.  They've been through several neighborhoods

21    already where they actually work every valve in the system

22    within an area, and they record all the information, they

23    understand if it's working, not working.  We're developing a

24    list of the valves that need to be replaced because they

25    don't work.

1          So this is just ongoing, very fast-paced, really,

2     assessment, cleanup, figuring out what's going on, and

3     keeping the system running.  It reacts today much more like

4     a normal system would react to a large break or to any other

5     anomaly.

6          Power failures this weekend that the city suffered, we

7     had three well sites that were -- of our six well sites that

8     lost power for a period of time, I would venture to say a

9     few months ago if we had done that, we would have lost the

10    entire well system.  Everyone would have been without water

11    that's on that system, about 15,000 people.  Storage tanks

12    were full at the time.  The system was fully isolated from

13    the surface water system.  Even with those three wells down,

14    we were able to maintain water service.  Got really close,

15    but we got the power back on on those three before we lost

16    all the storage in the system.

17         So another just having the resources, you know, the

18    Congressional dollars that have come down to really make a

19    lot of this possible, but it is an advantage that the City

20    didn't have.  Your Honor's got that.  We've got expertise

21    here that the City didn't have.  And, Your Honor, I don't

22    think we are doing anything brilliant and special.  We are

23    just trying hard.

24         THE COURT:  What happened to that lake I saw?

25         MR. HENIFIN:  I'm sorry?

1      THE COURT:  What happened to the lake I saw?

2      MR. HENIFIN:  It is drained out now, because -- it was

3  forming from below -- the pipe was actually pushing the dirt

4  up from the ground 35 feet down to create that lake, and

5  then it would roll over the side of the Purple Creek there

6  and go down the bank like a nice, pretty waterfall.  And

7  while it was attractive, it was a waste of valuable

8  resources.  So now that hole was filled back up, because the

9  water is not coming up anymore.  Once we stopped the leak,

10  it just seeped through the ground into Purple Creek on its

11  own, and we backfilled it, and it's gone.  So no fish in

12  there for you, Your Honor.

13      THE COURT:  Okay.  So all of that's gone now.

14      MR. HENIFIN:  Yes, Your Honor.

15      THE COURT:  And then what about homeowners who are

16  concerned about some of their problems there at their

17  houses, sewage or water?  The hotline --

18      MR. HENIFIN:  Yeah.  So we've got a line --

19      THE COURT:  -- that has been installed.

20      MR. HENIFIN:  That has been a success up to this point.

21  The number is (601)500-5200.  I have used it myself when

22  I've seen things on the street.  You get an answer, a body.

23  System is averaging about a one-minute wait time, which, you

24  know, we'd like to see lower, but that's pretty good in

25  today's standards.  When you call anybody, if you're only

1    waiting a minute, that's not too bad.

2        First few days, we had a tremendous volume of calls,

3    but it's balanced down to a manageable three to 400 a day.

4    We were over a thousand the first couple days, so it was a

5    little challenging.  We are getting better at asking the

6    right questions to narrow down the problem.  So I think

7    everyone's able to get through that wants to get through.

8    We're not seeing any problems there.  We're learning a lot

9    about our system because we are recording more information

10   from those folks when we get those calls.  So feeling really

11   good about that effort at this point.

12       THE COURT:  And then the same question I asked about

13   the sewage:  Projection as to when we will be a normal

14   system?

15       MR. HENIFIN:  I think -- Your Honor, I think definition

16   of a normal system in the United States might be a tough

17   definition.  I think all sewer systems are challenged, but I

18   believe there is a term in the draft order that you haven't

19   seen yet that I think would be adequate to get the system

20   back on to its right path.  It's always going to need

21   continued investment, but I think it would operate like a

22   normal system in the United States without any real problems

23   in that period of time.  I don't know that I am allowed to

24   tell you what that time is, but you will learn about it.

25       THE COURT:  Yes, I am sure I will.  Is that on my desk

1    already?

2         MR. HENIFIN:  I don't believe so.  That's a discussion

3    for the parties.  Remember, I'm subject --

4         THE COURT:  Oh, that's right.  That's right.  Because

5    the parties are supposed to put together, at my direction --

6         MR. HENIFIN:  Yes.

7         THE COURT:  -- this marriage of the sewage and the

8    water matters.

9         MR. HENIFIN:  Yes, Your Honor.

10        THE COURT:  And I'm still waiting on that.

11        MR. HENIFIN:  Yes, Your Honor.

12        THE COURT:  So that we can have documentation that's

13   going to combine those two efforts.  And so I am still

14   waiting on that.

15        MR. HENIFIN:  I believe --

16        THE COURT:  That was due today, wasn't it?  Yeah, I

17   think it was due today, and I think I might have moved it

18   because of this.  But at any rate, yes, I am still waiting

19   on that.

20        Now, I am going to shift gears now and hit on this

21   matter of the video.  I am going to hear from the mayor

22   first, and then after that, I am going to get comments from

23   you on the video.  You and I talked about the video and what

24   your concerns were, so I am going to address that matter

25   after the mayor's had a chance to talk about his video.  He

```
 1    submitted -- that is, he and his staff submitted something

 2    on that matter in writing.  Did you see it?

 3         MR. HENIFIN:  Yes, Your Honor.

 4         THE COURT:  And so then after he has finished, then I

 5    will hear from you as to whether you still have concerns

 6    about that video.

 7         MR. HENIFIN:  Yes, Your Honor.

 8         THE COURT:  Okay.  Thank you.  You can have a seat.

 9    Thank you so much.

10         Mr. Mayor.

11         MR. LUMUMBA:  Good morning, Judge.

12         THE COURT:  Good morning.  How are you doing?

13         MR. LUMUMBA:  I'm doing well.  And yourself?

14         THE COURT:  I'm doing great.

15         MR. LUMUMBA:  All right.  Yes, sir.

16         THE COURT:  On this matter of the video, do you still

17    stand by everything you said in it?

18         MR. LUMUMBA:  Yes, Your Honor, I do.

19         THE COURT:  And that includes the lead?

20         MR. LUMUMBA:  I didn't make a comment about lead.

21         THE COURT:  I know you didn't, but I'm asking.  You did

22    in your submission, didn't you?

23         MR. LUMUMBA:  In our submission I think we talked about

24    a corrosion plan that needed to be completed and what the

25    requirements of the Department of Health were that we issued
```

1    the notices that I believe we have to restore the confidence

2    of your residents after having been required to issue those

3    notices.  I have made no declarations or no statements with

4    respect to an exceedance of lead within the system or any

5    concern about that.

6         As the Court has noted, you talked about restoring the

7    confidence of our residents.  I count at least five times in

8    my press conference in which I stated -- and I have a

9    transcript for the Court.  I know that you played a video,

10   but if Court wants the benefit -- and I am sure that the

11   attorneys for the City could provide this, but I have a

12   transcript that actually is in written form that can express

13   how many times I stated about restoring confidence of our

14   residents.

15        THE COURT:  Okay.  One second, please.

16             (An off-the-record discussion was held.)

17        THE COURT:  I usually give my court reporter a break

18   after an hour and a half.  It has been an hour and a half.

19   And so what we are going to do is recess for 15 minutes, and

20   then we will come back.  All right?  Fifteen minutes.

21                  (A recess was taken.)

22        THE COURT:  All right.  Please be seated.

23        Mr. Mayor, let me come back to you.

24        MR. LUMUMBA:  Okay.

25        THE COURT:  I want to take up one other matter first,

1    and I'll come right back to you.  Okay?

2        Mr. Henifin.

3        MR. HENIFIN:  Yes, Your Honor.

4        THE COURT:  When we talked about this matter and when

5    you had just finished reviewing the video, you said that you

6    thought there were some confusing statements and some

7    matters that were not necessarily as accurate as -- well,

8    accurate, and that they were inaccurate and would give the

9    public a misimpression as to what the system was like right

10   now.

11       MR. HENIFIN:  And I believe on reflection they were

12   factually accurate without context.  So I do believe they

13   still had potential to mislead.  Obviously The

14   Clarion-Ledger was misled, and I believe overall, and I

15   think we've agreed to disagree -- the mayor and I had this

16   conversation yesterday -- that providing filters is not a

17   way to restore confidence in our water system.

18       THE COURT:  That was my next question.  I was not aware

19   that you met with the mayor yesterday.

20       MR. HENIFIN:  We are trying to work this out, Your

21   Honor.

22       THE COURT:  So after I set this matter for a hearing, I

23   take it you were contacted by the mayor's office?

24       MR. HENIFIN:  I was.

25       THE COURT:  And you were asked if you would come by and

1    talk to them about it?

2        MR. HENIFIN:  We had our regular standing meeting.  We

3    meet every Monday afternoon, and that was the topic we were

4    talking with yesterday.

5        THE COURT:  And before that, you had informed us that

6    the mayor's office wanted to discontinue this hearing.

7        MR. HENIFIN:  Yes, Your Honor.  They asked me if I

8    would ask you to do that.

9        THE COURT:  And I said no because I wanted to

10   understand what issues were being generated here with regard

11   to public confidence and public awareness of what is going

12   on.  And your conversation with me was that you thought the

13   public was being misled on some matters.

14       MR. HENIFIN:  Yes, Your Honor.

15       THE COURT:  How many matters are there?  Just give me

16   the number first, and then we will go down each one.

17       MR. HENIFIN:  I think it's all around.  The challenge

18   for me is not all the words, but it was the message conveyed

19   through providing filters and then trying to address the

20   technology at the end.  I think if the press conference

21   maybe had stopped at the seven-minute mark before he took

22   the questions -- or before he even took the very last

23   question, we wouldn't be here today.

24       But that last question, which I believe, if you listen

25   to the tape again, was prefaced by whatever reporter asked

1 it, "This is a Jackson water question, but," and the mayor

2 chose to try to address the technology.  That's where he

3 said we are months away, implying that we are months away

4 from having safe water, and those implications in those

5 comments, while I don't think they were ill-intended, I

6 think they have been -- they are challenging for us to build

7 confidence when we have those kinds of comments made

8 publicly by a figure who demands and gets a lot of respect.

9 I mean, the mayor, by position, is someone that people look

10 to for guidance, things like the water system, so, of

11 course, anything he says carries a lot more weight.

12   THE COURT:  Then let's talk about these matters one by

13 one.  First of all, is the water safe?

14   MR. HENIFIN:  It is safe, Your Honor.

15   THE COURT:  When you say the water is "safe," what do

16 you mean by "safe"?

17   MR. HENIFIN:  It meets all the requirements of the Safe

18 Drinking Water Act.  By title, the Safe Drinking Water Act,

19 U.S. EPA's main focus on drinking water in the United

20 States, if you meet these requirements, the water you are

21 drinking is safe.

22   THE COURT:  Is the water dangerous for children under

23 five years of age?

24   MR. HENIFIN:  No, it is not.  What we have, though, is

25 a dispute, maybe, between the State, Mississippi Department

1    of Health, making a precautionary recommendation for that.

2    I don't know what the basis of that is.  I haven't

3    determined that from the State as to what level of -- you

4    know, there's lead found in drinking water through the

5    testing that we're required to do.  It comes from people's

6    household plumbing, predominantly.  Your fixtures in your

7    house, the piping in your house, and if the water is

8    corrosive, it potentially shows up in your drinking water in

9    your house.

10        It's not naturally occurring in our source water.  We

11   don't add anything in the treatment process that would

12   create that.  It is -- needing to maintain the water at the

13   appropriate level of non-corrosiveness is what keeps that

14   from being a problem.  So we are making all those efforts.

15   We are meeting all those requirements.

16        The City had a problem seven years ago.  We have done

17   over 1300 tests looking for lead and copper, and we have

18   complied with the Safe Drinking Water Act.  90 percent of

19   those have been below the action level every year for the

20   last seven years, and we are continuing to meet that

21   standard, meaning in the last seven years, 1300 tests, we

22   have not found -- we have not exceeded the action level

23   limit for lead that's prescribed by EPA.  The water is safe

24   if we are meeting those numbers.

25        THE COURT:  So then the next question:  Is the water

1    safe for pregnant women?

2        MR. HENIFIN:  Yes, Your Honor.  Based on the Safe

3    Drinking Water Act, which is designed to protect us, we are

4    meeting those numbers.  I have no reason to believe that it

5    wouldn't be.  But everyone should talk to their health

6    professional if they are concerned, and if they are

7    concerned they have got lead in their house, we publish a

8    point where they can go get their water tested.  There's a

9    number they can reach out to the Health Department to get a

10   lead test for their own peace of mind in their home.

11       But, you know, meeting the Safe Drinking Water Act

12   means the water is safe for everybody.  If you've got a

13   vulnerable population, your health provider may have

14   different requirements for you.  That is an individual

15   health issue.

16       THE COURT:  So then the press conference held by the

17   mayor mentioned more than one time children under five and

18   pregnant women and, quote/unquote, "the vulnerable

19   population."

20       MR. HENIFIN:  And that's the recommendation -- the

21   precautionary recommendation coming to the City from the

22   Department of Health, and, again, I don't know the basis for

23   that.  There is not a regulatory basis for that.

24       THE COURT:  And so from your perspective, who's

25   handling the water matters and testing it regularly, is the

1    water safe for everyone?

2         MR. HENIFIN:  Yes.

3         THE COURT:  I notice that you answered quickly on that.

4    You did not equivocate.  So you are saying that that water

5    is safe?

6         MR. HENIFIN:  Yes, Your Honor.

7         THE COURT:  Now let's talk about the water filters that

8    the mayor mentioned and said they were going to distribute

9    and all.  Did you have any concern about his mentioning of

10   water filters?

11        MR. HENIFIN:  I think in the context of they're needed

12   to protect a population or any population, without

13   understanding that the water is safe for all populations and

14   this is a personal choice to filter.  And often I'd say the

15   majority of Americans probably filter their tap water

16   through a similar pitcher.  Taste, odor, a little bit of

17   debris might in your drinking water, all within standards,

18   acceptable standards.  There's a whole set of standards we

19   have to meet, but not everyone likes the water out of the

20   tap, whether you're in Jackson or Hampton Roads or Hampton,

21   my hometown.  And so it is a personal choice to filter your

22   drinking water.

23        THE COURT:  But the notion that the water filter is

24   either a necessity against a health hazard to five-year-olds

25   and pregnant women, is that true or not?

1          MR. HENIFIN:  It is not here.  You do not need a filter

2     for any population in Jackson.  And unfortunately, during

3     the press conference, you had a medical professional, I

4     think probably poured the most gasoline on the fire.

5     Dr. Patterson, who was at the podium at the press

6     conference, exact quote off the transcript here, and

7     Dr. Patterson stated, "So, you know, the water that's not

8     filtered and that's not purified, then we run into the

9     problem of having disease, not only with our mothers who are

10     expecting but just with patient population in general."

11          There is no basis for that that I'm aware of, that

12     statement, and I find it pretty damning that we've got a

13     medical professional making that statement at a press

14     conference around filtered water.

15          THE COURT:  And so back to the filters.  How many

16     filters were mentioned as being available?

17          MR. HENIFIN:  I don't know that I knew the number at

18     the time, but almost $100,000 worth of filters.

19          THE COURT:  $100,000 worth.  And so then in your

20     estimation, again, my water guru, is that $100,000 well

21     spent on water filters?

22          MR. HENIFIN:  Well, if you want to give your folks

23     filters for their own peace of mind for taste, odor, things

24     like that, I can't -- I don't think I can really -- not

25     knowing what else I could spend the money on, giving folks

1    filters that can't afford to go get the one at Target that I

2    might have in my refrigerator, because I even run a Brita

3    filter in my refrigerator -- I drink a lot of tap water

4    unfiltered, but just saying for the cold water in my fridge,

5    it's a Brita filter.  I think we could probably poll many

6    people in this courtroom.  But if you can't afford that

7    luxury, maybe this is a good investment.  I don't know.

8         THE COURT:  But was it necessary?

9         MR. HENIFIN:  Not necessary for --

10        THE COURT:  Safety.

11        MR. HENIFIN:  -- the purposes of --

12        THE COURT:  For safety.

13        MR. HENIFIN:  -- the vulnerable population, no.  There

14    is no health risk drinking the water that I am aware of.

15        THE COURT:  So then the condition of the water at

16    present, the status of the water, doesn't have a,

17    quote/unquote, "vulnerable population"?

18        MR. HENIFIN:  That is correct.  The water is safe for

19    everybody unless their health professional says they aren't

20    supposed to be drinking that water for that particular

21    person.

22        THE COURT:  So this notion that the filters are

23    necessary for children under five and pregnant women to keep

24    them, quote/unquote "safe," that's not a true proposition?

25        MR. HENIFIN:  Again, it came from the Health Department

1    as a precautionary recommendation, and I do not know the

2    basis for that.

3        THE COURT:  Okay.  So then let's go back to the water

4    itself and these tests that have been run.  How often do you

5    run your tests?

6        MR. HENIFIN:  We are required to do the lead and copper

7    sampling once every six months.  It's a complicated process,

8    but it was designed -- there is a sampling plan that was

9    designed and approved under the lead and copper rule

10   standards.  We had to identify -- for the system our size,

11   we needed 100 locations.  Majority of those are actual

12   people's houses where people live, and you try to find areas

13   that might be the most susceptible to lead issues when you

14   are developing your sampling plan.

15       And so that was done years ago to identify the 100

16   locations, and then you've got to convince the people living

17   in those properties to participate in the sampling, because

18   that's a bit of a hassle for them.  As we deliver a

19   sample -- sample jars to them, sample bottles, once every

20   six months, and they've got an instruction sheet, and they

21   essentially have to pull the first water out of their tap in

22   the morning, usually at their kitchen sink, and they fill

23   the sample bottles, and then they notify us to come pick

24   them back up and we pick them up and then we go take them to

25   a lab to get analyzed for the lead, and that happens every

1    six months.  And then there are some other parameters that

2    25 of those 100 also have to pull samples for us to analyze.

3          And then we go back to the same place time after time

4    to make sure that we are consistent in our sampling.  From

5    time to time a resident may move and the next one doesn't

6    want to participate and we have to find another home that

7    meets the same criteria that we established initially to

8    participate in the program.

9          And again, we haven't had -- so when you get those

10   samples, you take those whole -- the 100 samples, you know,

11   some of them may actually show a bit of lead, and they do

12   typically, for a variety of reasons.  Again, this comes from

13   the piping and plumbing typically inside their homes.  Those

14   folks are notified that they exceeded the number.

15         But the regulation -- EPA's lead and copper rule says

16   as long as 90 percent are below the action level, we are not

17   in violation of anything.  And most of the time ours is

18   in -- the action level is 15 parts per billion, which is a

19   drop of water in a swimming pool, but 15 parts per billion,

20   and we have been seeing number level 10 and largely in the 4

21   to 6 range is where we find -- the average we find across

22   the board, and only a handful ever exceed the 15 parts per

23   billion in the sampling.  Again, that is an action level,

24   not necessarily a human health risk level of lead.

25         Now, a lot of changes, a lot of debate in the United

1    States about what the appropriate level of lead testing and

2    what the amount of lead needs to be in the water, but at the

3    moment, current regulation, it's 15 parts per billion as an

4    action level requiring us to take action, and if we've got

5    less than -- as long as 90 percent of our folks are below

6    that that we sample every time, then we don't have to take

7    any further action.

8        As a result of that -- you know, we had these problems

9    in '15 and '16, and we haven't had a single action level

10   over the -- sampling event with 90 percent over the action

11   level since then.  So again, that's somewhere in the 1300

12   tests have been taken in seven years and we haven't had an

13   action level exceedance that is above the 90 percent

14   threshold.

15       All complicated numbers to try to talk to the public

16   about, which is why we really need to be careful about our

17   messaging around lead, what's in the water, what isn't in

18   the water, and we really need to be very consistent with how

19   we express these things.

20       And again, we got the Health Department and EPA that

21   weigh in, and that's our regulatory requirements to do so,

22   but the tracing back this requirement -- or this

23   precautionary recommendation for not using our water for

24   pregnant women and children under five has been difficult.

25   It has been since -- the exceedances in 2016 required the

1      City to put in an optimized corrosion control plan.  We are

2      still working on that.  We are close to getting it.

3          But in the meantime, you manage parameters, water

4      quality parameters, within certain ranges.  Very challenging

5      to do that without your corrosion control equipment --

6      technique put in place, your treatment plan.  But the City

7      has been doing a really good job over the years, and we've

8      been doing better over the last several years of getting

9      closer to managing those water quality parameters, WQPs, to

10     within a very tight range, which is very hard to do.

11     Unfortunately, you can only miss it nine times out of -- and

12     there's a lot of them that are measured monthly, so we have

13     a regular notice that goes out -- that's a requirement under

14     the regulation -- to inform the population that we aren't

15     meeting these water quality parameters.

16         Now, the water quality parameters are on things like

17     pH, alkalinity, and dissolved inorganic carbon, nothing that

18     would -- is causing a health hazard.  It's an indicator, a

19     surrogate, for this corrosion control plan.  But again, we

20     are doing a great job of managing the water treatment, and

21     the City has done that for a long time, since this original

22     occurrence happened in 2015-'16, and we have not found any

23     lead that exceeded the action level threshold of 90 percent

24     action level threshold, which is the requirement under the

25     Safe Drinking Water Act.

1          So from a Safe Drinking Water Act perspective, we are

2     doing great, and so the fact that we have to have this

3     precautionary -- precautionary recommendation from the

4     Health Department seems a bit onerous on the City of

5     Jackson.

6          THE COURT:  So then, to be clear, the water in Jackson

7     is safe?

8          MR. HENIFIN:  Yes, sir.

9          THE COURT:  Is that completely safe?

10          MR. HENIFIN:  As any water is.  It is comparably safe

11     to any water that is regulated by the Safe Drinking Water

12     Act.

13          THE COURT:  That is across the country?

14          MR. HENIFIN:  Across the country, yes, sir.

15          THE COURT:  And so this safe drinking water is fine for

16     consumption for this, quote/unquote, "vulnerable population"

17     that was mentioned?

18          MR. HENIFIN:  Yes, Your Honor.  Based on the compliance

19     with the Safe Drinking Water Act, yes, Your Honor.

20          THE COURT:  So those parents of children under five

21     need not worry that the water is unsafe?

22          MR. HENIFIN:  You know, there's still potential trace

23     amount of leads from their own plumbing fixtures, not

24     because of anything we are putting in the water.  Could be

25     in their own house.  But they should not be worried about

```
 1      our tap water and drinking our tap water.  There's trace
 2      contaminants in bottled water.  You know, it's the world we
 3      live in.  But the water is safe to drink.
 4           THE COURT:  And women who are pregnant --
 5           MR. HENIFIN:  Yes, Your Honor.  Based on --
 6           THE COURT:  -- in the same category?
 7           MR. HENIFIN:  Based on the Safe Drinking Water Act
 8      compliance, they should be able to drink the water without
 9      concern.
10           THE COURT:  And our water would compare favorably with
11      water across the country under the Safe --
12           MR. HENIFIN:  Yes, Your Honor.
13           THE COURT:  -- Water Drinking Act?
14           MR. HENIFIN:  Tastes better too.
15           THE COURT:  All right.  Now, that's on the water
16      problems.
17           Now, when this press conference was called by the
18      mayor, following that, you informed me that you thought that
19      there were some concerns with the conference, correct?
20           MR. HENIFIN:  Yes, Your Honor.
21           THE COURT:  And you thought that these concerns would
22      give a misimpression about the status of Jackson water?
23           MR. HENIFIN:  Yes, Your Honor.
24           THE COURT:  Thereupon, I wanted to call a press -- not
25      a press conference, but I just wanted to have a hearing as
```

1    to where are we.  I wanted to know, as I told you, the basis

2    for the mayor's statements and also the basis for your

3    statements that the water is clean and safe so that we, the

4    public, can have an idea of what we have.  Especially I want

5    the know if there is any danger to children under five and

6    pregnant women and other people in the, quote/unquote,

7    "vulnerable population," who just said merely the

8    "vulnerable population" without any real definition as to

9    who those people might be.  But I wanted to know then what

10   was the status of our water based on what I heard on the

11   video and based on what you told me.

12        You also said you thought there was some other

13   statements that were made during the course of the video

14   that may have some inconsistencies and some confusion to the

15   public.

16        So let me go to the next matter.  The next matter was

17   the water filters themselves.  You said you don't think that

18   they're necessary.

19        MR. HENIFIN:  That is correct.

20        THE COURT:  Explain that.

21        MR. HENIFIN:  The water meets all the Safe Drinking

22   Water Act requirements, so there is no need to filter the

23   water for health safety.  Personal preference.  The other

24   problem with filters like this, if you don't change the

25   filter often, you can actually build up bacteria in the

 1    filter, which actually could make the water worse because it

 2    is sitting in your container an extended period of time

 3    without following the manufacturer's recommendation for

 4    changing the filter.  The filters in these particular need

 5    to be changed every four months, and they are $50 apiece to

 6    replace.

 7          THE COURT:  So that is a relatively expensive filter

 8    that has a short life span.

 9          MR. HENIFIN:  Yes, Your Honor.

10          THE COURT:  And if persons are not aware of that, then

11    they might think that that filter is a permanent device to

12    be applied and not recognize that actually that filter could

13    generate some more germs.

14          MR. HENIFIN:  Yes, Your Honor.

15          THE COURT:  What kind of germs?

16          MR. HENIFIN:  I think -- I am not familiar exactly with

17    what can grow on a filter, but I know there's been a number

18    of studies done on filters accumulating bacteria over time.

19    I need to get a real expert on the health piece of this in

20    here to talk to you about that, Your Honor.

21          THE COURT:  I know there's nobody on the video said

22    anything about that.

23          MR. HENIFIN:  I don't recall hearing, and reading the

24    transcript, I don't think there is.

25          THE COURT:  I don't recall any discussion on how long

1    one should hold on to a filter.

2         MR. HENIFIN:  I don't recall that either.

3         THE COURT:  On the dangers that were involved -- or are

4    involved in filters.

5         MR. HENIFIN:  I don't believe so.

6         THE COURT:  So then what you're telling me is that

7    those who may be convinced that they need a filter may

8    actually be purchasing a device which cause the same

9    problems they are trying to evade.

10        MR. HENIFIN:  Or at least a different version of the

11    problem they're trying to --

12        THE COURT:  Next point on that.  I was asked where one

13    could get these filters, and also I was told that there was

14    only a limited number of filters.  Did you have any concern

15    there might be a run on various places for these filters if

16    the public has some notion that they are necessary?

17        MR. HENIFIN:  I would think it is a potential, but I

18    have no -- it would be limited to folks that are paying

19    close attention to certain news sources, maybe, but I

20    don't -- I'm not in the position to --

21        THE COURT:  Well, I thought I heard on the video that

22    these filters are limited, that the number is limited.

23        MR. HENIFIN:  I think he was referring to the giveaway,

24    but that would be a question for the mayor, Your Honor.

25        THE COURT:  Yes.  I understand that that's what was

```
 1    said, then, and what I'm saying is I'm asking you were you
 2    concerned whether there might be a run on various filters?
 3         MR. HENIFIN:  It wasn't a concern of mine.  The concern
 4    was just that the implication is the water is not safe
 5    without filtering based on the body of the work here.  And
 6    when you read through the entire transcript, when you watch
 7    the press conference, one is left with the impression -- I
 8    was at least -- that filters are required, especially for
 9    the pregnant women and children under five, and that is not
10    a requirement.  It is, again, a Health Department
11    precautionary recommendation that I do not know the basis
12    for.
13         THE COURT:  Because our water is safe.
14         MR. HENIFIN:  Our water is safe, yes, Your Honor.
15         THE COURT:  What about the water pressure now?
16         MR. HENIFIN:  Doing pretty well.  Doing very well,
17    actually.  So I think we are monitoring in about 25
18    different locations.  Prior to this, we only had our
19    pressure gauges at the two plants, and we could see the
20    elevation of the tanks, which is an indication of the
21    pressure in the system.  The tanks weren't working very well
22    together because we had so many closed valves, but I think
23    we have made a huge difference with the valves we've opened.
24    I'm sure we've got more to go.  But pressures are pretty
25    stable in the system at the moment.  Doing very well with
```

1    the exception, again, of very -- I think it's just two

2    houses on Forest Hill that I'm in constant communication

3    with because they do lose pressure quickly when anything

4    happens in the system, and we are working on a permanent

5    solution to resolve that for them in the next couple of

6    months.

7        THE COURT:  You thought it would be good idea to have

8    this particular session to address this matter on the water

9    filters?

10       MR. HENIFIN:  I wasn't sure what you were going to do,

11    Your Honor, but when you called it, I thought it would be

12    worthy to at least get the message out there.

13       THE COURT:  Okay.  And -- but you were concerned that

14    the public would get a wrong idea of what's actually being

15    accomplished?

16       MR. HENIFIN:  That is correct.

17       THE COURT:  And also a wrong idea as to necessity for

18    water filters?

19       MR. HENIFIN:  That's correct.

20       THE COURT:  As -- and also a wrong idea as to whether

21    the water at present could pose a danger to children under

22    five?

23       MR. HENIFIN:  Correct.

24       THE COURT:  As to whether this water presently could

25    pose a danger to pregnant women?

1          MR. HENIFIN:  Yes, Your Honor.

2          THE COURT:  As to whether this water now could pose a

3     danger to, quote/unquote, the "vulnerable population,"

4     whoever that might be?

5          MR. HENIFIN:  Yes, Your Honor.  I do think the other

6     piece that's a bit confusing, and in the mayor's defense, it

7     has always been confusing, is on the -- where we are on our

8     corrosion control plan that we were required to do as a

9     result of the 2016 exceedance that we had on the action

10    level of lead, that that still is not installed, and so I

11    think when he said we're months from the water being safe,

12    and I don't know if that was the exact word, but it was the

13    implication when he said we're months away, that's reference

14    to that corrosion control.

15         But we are managing corrosion control, and we are not

16    seeing any lead, so the water is safe even before we ever

17    get to that point, so I think that was the other concern of

18    mine, and so I can see where the mayor was thinking three or

19    four months till we get the corrosion control system fully

20    put back into place and running.  I can see where that

21    was -- but the way it came across was that's three or four

22    months to when the water is safe, and I think maybe that's

23    my own interpretation, but I think it could easily be

24    construed that way by the public.

25         THE COURT:  Let's talk about soda ash.  Tell me about

1    soda ash.

2        MR. HENIFIN:  This is where we got into some details

3    that really are maybe not necessary, but the soda ash is a

4    part of this enhanced corrosion control plan.  It's also

5    been used -- it's used basically to maintain pH levels in

6    the water.  So it's not a chemical that does anything

7    magically.  It raises pH and holds it for us.  It is one

8    part of the plan to get the -- you want to keep the pH in

9    the water, dissolved inorganic carbon, and the alkalinity at

10   certain levels, and that keeps the water itself neutral, not

11   corrosive, and that's the goal.  And so you could do that by

12   addition of various chemicals.

13       Soda ash is one that can be part of the corrosion

14   control plan, and that's the one that we have started with

15   here, ran into some problems.  They are trying to -- the

16   current plan calls for putting that back into place, and we

17   are questioning that, so we've got fresh eyes looking at the

18   overall corrosion control program.

19       We are working with the State to see if there are some

20   other options we might explore.  Liquid lime, which the

21   mayor mentioned as well, is another way to manage that.

22   There is also corrosion-inhibiting chemicals you can add to

23   your water system.  Orthophosphates are typically used

24   across the country, which unlike trying to maintain just the

25   water chemistry right, you can add corrosion-inhibiting

1    chemicals that coat the pipes, essentially, and neutralize

2    the ability for the water, even if it is in a corrosive

3    state, from freeing up, causing lead to leach out of any

4    joints or solder or fixtures.

5         So there's a number of ways to deal with corrosion

6    control.  We are evaluating the plans that were developed

7    prior to this that are actually under construction as we

8    speak.  So we are months away, maybe, from having those

9    systems that were designed and approved by the State

10   operational.  We are revisiting a couple of pieces of that

11   due to the challenges with soda ash that we experienced here

12   because we did not have it in the appropriate environment

13   for it not to, as the mayor said, clump.  It was actually

14   turning into concrete because the humidity here with a dry

15   silo of soda ash, if you don't keep it dehumidified, which

16   is pretty hard to do in Mississippi -- central Mississippi

17   this time of year, it gets too wet in the container, and it

18   forms essentially a sold.

19        And we have had that experience here a few years ago,

20   and we've got two silos at the Curtis plant that are filled

21   with solid rock soda ash.  But if we go back to soda ash as

22   a solution, we've got to break that out -- very expensive to

23   get that all out of the tank -- or the tower -- the storage

24   silos -- and then start reusing them again with maybe a

25   better dehumidifier.  We're questioning whether we can

1    actually repeat the past and be successful.

2        So there is -- that is the soda ash issue.  It is

3    related to whatever chemical combination is ultimately

4    chosen and approved for long-term corrosion control, again,

5    to maintain the water in a non-corrosive chemistry, which

6    is -- certain pH levels, certain alkalinity levels, and

7    dissolved inorganic carbon are the three key factors we have

8    to manage to keep the water from being corrosive if we don't

9    add a corrosion inhibitor.  A lot of stuff to say.  Right

10   now, tests are showing that we are not leaching lead to an

11   unacceptable level, we are well within the Safe Drinking

12   Water Act requirements.  So even though we don't have all

13   that running, the water is safe.

14       THE COURT:  During our conversation, you mentioned at

15   one point that you didn't think that this whole matter on

16   soda ash and liquid lime needed to come up in a press

17   conference.

18       MR. HENIFIN:  I think it's too much detail.  I mean,

19   it's --

20       THE COURT:  Because there was a fear and apprehension

21   that the public would think that these are contaminants and

22   therefore they need to be removed from the water to make it

23   safe.  That was one of your concerns, wasn't it?

24       MR. HENIFIN:  I just think there's so much confusion --

25   you start talking about what we're putting into the water

 1    and you don't put it in context of what its purpose is and

 2    where it's used and how it's done, way too down in the weeds

 3    for folks and they can just grab on to one piece of that,

 4    and I don't think that's the message we need to be using to

 5    rebuild confidence in our system.

 6        THE COURT:  Because on this matter of confidence in the

 7    system, you had said that this whole endeavor is going to

 8    face two significant hurdles.  One is to fix the water, to

 9    make it safe, and secondly, to develop confidence by the

10    public in the safetiness of the water.

11        MR. HENIFIN:  And I think the second one is going to be

12    much harder than the first.  We are going to get the

13    infrastructure done, fixed, repaired, and it is going to

14    take a lot longer if we ever can restore trust in our

15    drinking water.  And it's not just Jackson unique.  I mean,

16    there's -- 32 percent of Americans do not drink their tap

17    water.  It's a failure of our industry to convey the

18    appropriate messaging.  Maybe it's a success of the bottled

19    water industry, which would have been unheard of.

20        Who thought of putting water in a bottle and selling it

21    like it was Coca-Cola?  It was Coca-Cola and Pepsi, of

22    course, that figured that out, but, you know, roll it back a

23    generation.  You didn't go to the store and buy bottled

24    water.  You drank what was in the tap.  And now we've got a

25    whole new generation that has no confidence in their

1    drinking water, will only drink bottled water.

2        And it costs us a lot to provide this and treat it and

3    get it out and keep it safe.  We've got EPA, we've got the

4    state Health Department, we've got everyone focused on

5    making it safe to drink, and all we use it for is to flush

6    and water our yards and wash our cars?  We need to be

7    drinking it.

8        THE COURT:  In our conversation, you had said that

9    these terms here, soda ash and liquid lime, that they just

10   pose problems when discussed to an unsophisticated audience.

11       MR. HENIFIN:  It creates a lot of more things to

12   explain, there is no doubt.

13       THE COURT:  Who might think that they are, in essence,

14   contaminants, and unless they are removed from the system,

15   then it might be a problem.  The mayor mentioned both in his

16   video, in his press conference, soda ash and liquid lime,

17   but as I remember talking to you about it, you were

18   concerned that the public would have the impression that

19   this is a contaminant that needed to be removed from the

20   water.

21       MR. HENIFIN:  I wasn't sure what the public would think

22   about it, but yeah --

23       THE COURT:  But you were concerned that the public

24   might think that.

25       MR. HENIFIN:  I was concerned there might be some

1    confusion and doubt about our treatment processes.

2        THE COURT:  And therefore they would be even more

3    reluctant to drink the tap water because they might think it

4    contains something like soda ash or liquid lime, which

5    sounds draconian, and it sounds like it's something that's

6    going to be really dangerous to these five-year-olds and

7    these pregnant mommas.

8        MR. HENIFIN:  Yes, Your Honor.

9        THE COURT:  Because all of that was mentioned during

10    the same press conference.

11        MR. HENIFIN:  Yes, Your Honor.

12        THE COURT:  So then the public had no idea what in the

13    world soda ash was or liquid lime because there was no real

14    explanation scientifically provided that said it had no

15    impact on the safetiness of our drinking water.

16        MR. HENIFIN:  Yes, Your Honor.

17        THE COURT:  And you are saying it does not.

18        MR. HENIFIN:  Yes, Your Honor, it does not.

19        THE COURT:  So soda ash does not unpurify our water?

20        MR. HENIFIN:  It, again, raises pH or adjusts pH level

21    to where you need to keep the water from being corrosive.

22    After it does its job, you can't find it in the water.

23        THE COURT:  And you are saying that this liquid lime

24    does not cause our water to fail the Clean Water Act?

25        MR. HENIFIN:  That is correct.  It's also used to

1    adjust the chemistry of the water, and once it has been put

2    into the water in the appropriate manner, it disappears as

3    well.  It does its job and you can't -- you can't go back

4    and test the water to try to find your soda ash or your

5    liquid lime.

6        THE COURT:  So any suggestion that these chemicals make

7    our water dangerous is simply not true?

8        MR. HENIFIN:  Correct.  It is used to treat our water

9    to make it safe.

10        THE COURT:  It does just the opposite; it makes it

11    safe?

12        MR. HENIFIN:  Yes, Your Honor.

13        THE COURT:  Now, I have discussed various matters with

14    you concerning the video and what efforts you have been

15    making and your view of any problems that may have been

16    generated in perception of what the video might have lent to

17    an unsuspected, unsophisticated public.  Are there any other

18    matters in that video that cause you concern?

19        MR. HENIFIN:  I don't believe so, Your Honor.

20        THE COURT:  Do you think I have covered those matters

21    that you mentioned to me that caused you concern as to how

22    the public might view the efforts at present that have been

23    undertaken to try and purify this water?

24        MR. HENIFIN:  Yes, Your Honor, I think you have done

25    that well.

1          THE COURT:  Because you want to be sure that on these

2    second of the two major thrusts, one, make the water safe

3    and, secondly, win the confidence of the public, that we

4    don't undermine that trust in any way.

5          MR. HENIFIN:  Yes, Your Honor.

6          THE COURT:  And have the public thinking that there's

7    some hidden danger, some time bomb in the water either from

8    this liquid lime or from the soda ash or danger to children

9    under the five or to pregnant women, *et cetera*.

10          MR. HENIFIN:  Yes, Your Honor.

11          THE COURT:  And you were concerned about that.

12          MR. HENIFIN:  Yes, Your Honor.  Like the opportunity to

13    set the record straight, which I think we've done here

14    today.

15          THE COURT:  And that's what you wanted to do is set the

16    record straight.

17          MR. HENIFIN:  Yes, Your Honor.

18          THE COURT:  The water is safe?

19          MR. HENIFIN:  The water is safe.

20          THE COURT:  All right.  Thank you.

21          Now, Mr. Mayor.

22          MR. LUMUMBA:  Yes, Judge.

23          THE COURT:  Now, then, did you hear anything from our

24    third-party manager that you would like to comment on?

25          MR. LUMUMBA:  Quite a bit, Judge.  Once again, I still

1    stand by my comments.  One, I think that there's always

2    danger in a single narrative.  One being, first, I think we

3    need to be clear that it is reiterated that it was stated

4    that everything I said was factually correct.  So I'm having

5    a difficult time squaring how I'm both factually correct and

6    reckless at the same time.  I'll work on that, Judge, but

7    I'm trying to figure out how I'm both factually correct and

8    reckless at the same time.

9         Secondly, one of the reasons that I think it's

10   dangerous in a single narrative --

11        THE COURT:  Excuse me, Mr. Mayor.  Before you get to

12   that.

13        MR. LUMUMBA:  Yes.

14        THE COURT:  Why don't you tell me, then, about your

15   comments on soda ash and liquid lime.

16        MR. LUMUMBA:  Yes.  So when the question was asked --

17   first, I think that I have to give context.  When the

18   question was asked at the end and the interpretation was I

19   said it would take a few months, I never said that it would

20   take a few months in order for the system to be reliable or

21   the system to no longer be dangerous or anything like that.

22        The specific question that was asked of me -- and I

23   know it was hard to hear, and I know for the Court's benefit

24   I want to let you know what actually took place.  The

25   specific question was how long would it take for the

1    engineered solution of either soda ash or the liquid lime

2    solution.

3         Now, I think that -- that the Court would benefit from

4    an understanding of what soda ash and liquid lime does.  Our

5    public -- and the media has covered this issue a number of

6    times.  Soda ash nor liquid lime is a threat to our water

7    system.  They know that.  What it is is an additive that

8    protects our water as it goes from the water treatment

9    facility to the consumer, to the point of use.  All right?

10   And so my mention of soda ash and liquid lime was a matter

11   of the corrosion -- as Ted properly stated, a matter of the

12   corrosion plan and determining how we would use this

13   additive or other additives that he has suggested to protect

14   our water as it leaves the water treatment facility and

15   reaches the point of use.

16        And I said the very thing that Ted said today in that

17   they were still trying to determine what was the best

18   solution because the soda ash would clump and quite possibly

19   in southern climates it was more advantageous to use liquid

20   lime or some other solution.

21        In addition to that, Judge, the conversation about what

22   Dr. Patterson said, I would note for the Court that

23   immediately after Dr. Patterson's statement of -- that Ted

24   recounted and spoke to, I came back to the podium and said

25   precisely, "And I do for clarity's sake just want to let our

1    residents know that it has not been demonstrated that our

2    water is in fact dangerous, but the investment that we are

3    making in the treatment process repairs that have to take

4    place within the treatment process, until we are able to

5    change the soda ash in our system, it is a precautionary

6    notice that goes out."

7        But our residents receive those notices that are

8    precautionary notices that the Department of Health

9    indicates that we have to put out, and it creates questions

10   in terms of confidence.  I'm being placed in a very

11   difficult position, right, where, one, I at no time in this

12   press conference and no time in history have I ever said

13   that I believe that our water is unsafe.  I have been

14   required -- and I want to say this.  The notices that we

15   have been putting out and been required to put out have been

16   required by the Department of Health.  They aren't

17   recommendations.  They aren't suggestions, as has been told

18   to the Court today.  They are requirements.  And having put

19   out those required notices, it does create some question

20   within our residents' mind.

21       I respect Mr. Henifin's expertise.  I too was one of

22   the individuals, as we go through this process of how we end

23   up in front of this Court, that okayed Mr. Henifin as a

24   recommendation as the third-party administrator.  You have

25   termed him today as a water guru.  Now, I can't say what his

1    expertise is in terms of mental health.  I can't say what

2    his expertise is in terms of building confidence amongst our

3    residents.

4        What I can say is that I've been a part of a number of

5    community discussions where our residents say, well, you

6    know, this may be a possible way that people are reinvited

7    to using water.  Right?  I am not trying to say, nor have I

8    ever termed, that our water was unsafe, but I am saying that

9    we need to rebuild that confidence.  I am saying that we

10   have been required to send these notices, and that having

11   been the case, you know, I stand by the words that I used

12   that, once again, by Mr. Henifin's own account, were

13   factually correct, right, and at the same time were an

14   effort to assist our residents, were an effort to show -- to

15   show our residents that we care and that we are concerned.

16       And, you know, Judge, I do not, respectfully, apologize

17   for trying to deliver a service to my residents in providing

18   these water filters.

19       THE COURT:  Let's talk about some particulars.

20   Mr. Henifin says that the water is safe and there's no

21   concern under the Safe Water Act for children under five.

22       What's your response?

23       MR. LUMUMBA:  My response is that I appreciate

24   Mr. Henifin's position.  I have never held out that it is

25   unsafe.  I never held out that the water filters were a

1    necessity to our residents, as has been communicated today.

2    I've never used the word "necessity."  And while I may not

3    necessarily disagree with Mr. Henifin's position, it still

4    does not change the position that we have as a City been

5    required to send these notices.

6         And so I think, you know, I'm being put in the middle

7    of a position that I may -- may agree with but a requirement

8    on the other hand, right, that I've been responsible for

9    delivering and at the same time trying to defend my factual

10   communication.

11        THE COURT:  I don't know if you answered my question.

12   Let me go back to it again.  What is your position on our

13   water with children under five?

14        MR. LUMUMBA:  Chokwe Lumumba believes that our water is

15   safe.

16        THE COURT:  Okay.  And then does the mayor believe that

17   the water is a danger to children under five?

18        MR. LUMUMBA:  Chokwe Lumumba does not believe that the

19   water is a danger to children under five.

20        THE COURT:  And what about your position as to whether

21   the water is dangerous for pregnant women?

22        MR. LUMUMBA:  Chokwe Lumumba does not believe that the

23   water is dangerous for pregnant women.

24        THE COURT:  And what about this vulnerable population?

25   You mentioned that, and I don't know to whom you were

1   referring.  Who is the vulnerable population you were

2   mentioning?

3       MR. LUMUMBA:  The vulnerable population, Judge, is

4   defined by the notice that is not only -- the one that we've

5   been required, and I believe that that's what the Court was

6   referring to about lead that was attached to our filing.

7       THE COURT:  That's correct.

8       MR. LUMUMBA:  But also the vulnerable population that I

9   was referring to is the one that is identified on the

10  Department of Health's website -- I have another attachment

11  here for you, Judge.

12      I think it's in the filing, correct?

13      It's Exhibit B.  In Exhibit B that identifies on their

14  website what they identify as a vulnerable population.  And

15  maybe they don't use that precise language, but it

16  identifies in a bullet form any child five years of age or

17  younger, any pregnant women should use filtered water,

18  NSF 53 -- that's the number that I couldn't remember when I

19  was doing the press conference -- certified filter, or

20  bottled water for drinking and cooking.  This is not Chokwe

21  Lumumba's perspective.  It is not what I elected to send

22  out.  This comes from the Department of Health's website and

23  what they require.  It says baby formula should be

24  ready-to-feed -- that's in parentheses; I guess that's a

25  particular type -- or prepared using only filtered water or

1    bottled water.

2        What we have, Your Honor -- what we have, Judge, is a

3    discrepancy between professionals, right, and you have me in

4    the middle just trying to restore confidence of our

5    residents.  You have me in the middle who has been required

6    to send these notices -- whether I agree with them or not,

7    right, I've been required to this point to send them out,

8    and I believe that the requirement to do so does create

9    questions of confidence, does create circumstances where our

10   residents are not familiar or -- I wouldn't call them

11   uneducated or uninformed public, because I do believe that

12   our public is far more informed than most communities

13   because of what they have been tasked with dealing with.

14   However, they have diverging communication that is before

15   them, and they are trying to make sense of it, and so we are

16   trying to restore their confidence.

17       That's simply what our effort has been in this regard,

18   and we will continue to push forward an effort of restoring

19   their confidence in any way possible.

20       THE COURT:  One of the concerns that we had when I

21   talked to Mr. Henifin was whether that's restoring

22   confidence to talk about the distribution of water filters.

23   Does that restore confidence in the water, or does that say

24   that the water actually has problems and the water filters

25   are necessary?

1        MR. LUMUMBA:  Well, Judge, I believe that that is a

2    matter of perspective.  I will say to you that that

3    perspective was one was generated out of community

4    discussions, out of people's assemblies.  I will say to you

5    that at least, whether accurate or not, it is a

6    recommendation placed on the Department of Health's website

7    that filters do so, and so it was not one that was simply of

8    my own making and creation.

9        I will also let you know that, first of all, the boxes

10   that we placed came with instructions that talk about the

11   time frame in which a filter can be used.  We provided two

12   filters, so if there's a four-month period of time,

13   providing two filters means that we have accommodated for

14   eight months of filtered water.

15       I would also say that -- that while $50 to replace a

16   filter is an expensive and, in my opinion, exorbitant cost,

17   the question would be if our residents are not using our

18   drinking water, if our residents are instead buying bottled

19   water, which I know to be the case, how much expense are

20   they bearing over a four-month period of time purchasing

21   cases of water as opposed to having a device or having a

22   filtration pitcher present that they can use in order to

23   avoid that expense?

24       THE COURT:  This conference is designed, this status

25   conference, to address a second situation.  One is what

1    efforts are being to purify the water and secondly how to

2    build confidence.  The question is -- is whether the video

3    slipped at certain places and didn't build confidence.  You

4    think that it did?

5        MR. LUMUMBA:  Absolutely, Judge.

6        THE COURT:  So then even though there was discussion on

7    soda ash and liquid lime, terms that the public does not

8    understand that seem more like they were contaminants, you

9    thought that still built confidence?

10       MR. LUMUMBA:  Judge, respectfully, I would say that

11   it's a matter of perspective and belief.  Once again, it

12   isn't my first time talking about soda ash or liquid lime.

13   I have clarified time -- and consistently time and time

14   again about soda ash being an additive that is based on our

15   corrosion plan, that is based on protecting the water as it

16   leaves the plant.

17       Once again, I think Ted is correct.  Water is -- you

18   know, I don't know if I can say perfect, but it is -- it is

19   of a quality that is as perfect as it ever is in our system

20   until it goes through our pipes.  We have 50 percent loss.

21   We talked about repairing the major leak.  We have

22   50 percent loss in our system, so there are many, many leaks

23   we have had to repair over the course of time.

24       I do believe that JXN Water does deserve to be

25   commended for the repair of the leak that took place on

1    Colonial Drive.  I will tell you, Judge, that my

2    administration was unaware of it, so it wasn't like we were

3    neglecting it.  We were unaware of it.  I understand that

4    maybe a previous administration did identify it at that

5    particular point in time.  I understand that it was not as

6    large as it ultimately grew to be.

7         But having 50 percent loss in the system, all of the

8    places that water goes, it requires additives to protect it

9    as it comes from the plant to the point of use, and soda ash

10   and liquid lime are two options of additives that can

11   protect water as it travels through the system.

12        THE COURT:  But you don't construe those as being

13   contaminants?

14        MR. LUMUMBA:  No.  Nor have I ever said that.  I

15   don't -- you know, the --

16        THE COURT:  I just want to be sure so the public

17   understands that you are not saying that they are

18   contaminants.

19        MR. LUMUMBA:  It is not a contaminant.  They are

20   industry -- I think it is -- is it safe, Ted, to say that it

21   is industry standard to use those -- those two --

22        MR. HENIFIN:  Any variety of things (inaudible).

23        MR. LUMUMBA:  Yeah.  It is -- it is something that

24   water systems across the globe use in order to protect

25   water, and it is not an additive or danger in the way in

1    which it's used.

2        THE COURT:  And on these other matters, I think I've

3    already gotten an answer.  You're not saying that this water

4    is unsafe for children under five?

5        MR. LUMUMBA:  I am not saying that.  I am being careful

6    with my words, Judge, because I think at some point the

7    Court may have to determine whether this was a requirement

8    that we needed to do in terms of the notices we put out.

9    There is another civil matter that is pending against the

10   City of Jackson, and so I am being careful.  And I'm not

11   being pompous by saying my name, Chokwe Lumumba.  I am being

12   careful in identifying what is my individual opinion versus

13   any City of Jackson official statement.  That is why I am

14   saying my name when I talk about what my opinion of the

15   water is.  I do, Chokwe Lumumba, believe that the water is

16   safe.

17       THE COURT:  Okay.  So safe for the under five children,

18   safe for pregnant women, safe for the vulnerable population?

19   The water is safe?

20       MR. LUMUMBA:  Chokwe Lumumba believes that the water is

21   safe for all residents in Jackson.

22       THE COURT:  Okay.  And with regard to the filters, are

23   they necessary?

24       MR. LUMUMBA:  I don't -- I would not say -- I don't --

25   I lack the expertise to say whether they are necessary.  I

1    will say that I have never shared or expressed at any point

2    in time that they are necessary.  I will once again just

3    point to the Department of Health's recommendation and also

4    discussions with community as the rationale for why we

5    delivered filters and the population that is identified on

6    the state Department of Health's website and in the notices

7    that we were required to issue.

8        THE COURT:  And do you agree with Mr. Henifin that the

9    retention of these filters over a long period of time could

10   actually be destructive?

11       MR. LUMUMBA:  I think if the filters, like anything,

12   are not used appropriately, then -- then it could be

13   problematic, and I would always recommend to residents that

14   they use not only the filters but -- but any device of any

15   type as it is prescribed and recommended to be used.

16       THE COURT:  So then you are telling the public that

17   while there was no mention of the dangers of these filters

18   over a period of time, you are now telling the public that

19   retention of these filters over a period of time which

20   exceeds what the filter is designed to accomplish could be

21   dangerous?

22       MR. LUMUMBA:  I am telling the public that -- that

23   quite possibly I failed to communicate that orally that

24   retaining filters and not replacing them could be

25   problematic, but I would recommend to them that they

1    actually read the instructions in the devices and boxes that

2    we provided them.

3         THE COURT:  And that is a personnel choice for them to

4    utilize filters, but it is not a choice dictated by water

5    safety?

6         MR. LUMUMBA:  I lack the expertise to say what is

7    dictated by water safety.  Once again, I would leave that to

8    the debate of experts, right?  Chokwe Lumumba believes that

9    it is safe, right, but I lack the expertise.  I don't --

10   Judge, I am very careful with the words that I say.  And

11   being careful with the words that I say, you know, what I

12   recognize is that there are two different perspectives in

13   the room, and so I have not the sufficient background to

14   break the dispute.

15        What I am saying is that I never said it was necessary.

16   I am just providing to residents filters after having issued

17   a notice and after having had publication on the Department

18   of Health's website saying that they should drink filtered

19   water.

20        THE COURT:  Do you think that in the future it would

21   behoove all parties that before press conferences are

22   provided on matters that could impact upon the public's

23   perceptions on the safeness of the water, that there should

24   be come clearing committee or person or whatever to be sure

25   that we don't have to have these conferences all the time?

1          MR. LUMUMBA:  Well, Judge, I would admit that this is a

2     bit unique as a status conference in my experience, in just

3     my personnel experience.  I don't necessarily prescribe to

4     the fact that we should have a clearinghouse for press

5     conferences for the City of Jackson.

6          I am willing as a matter of professional courtesy to

7     speak to Mr. Henifin if and when I see a connection between

8     his responsibilities and our responsibilities to the public

9     as the City of Jackson to communicate that with him.

10          I will tell you, Judge, that this was something that

11     was in the works before Mr. Henifin came on board.  In fact,

12     it was the subject of questions that I received on Good

13     Morning America for ABC because I had not issued the water

14     filters yet.  They questioned the City for holding these

15     funds, and that is why in the press conference I explained

16     all of the dynamics that went into bringing us to that

17     point:  securing of the filters and the issues the

18     distribution chain or -- you know, that we've just

19     experienced in our world.  I talked about the priority of

20     first getting water pressure restored before we issued

21     residents filters because we didn't want them to be angered

22     by the fact that we've given you a filter and you have no

23     water to actually turn the faucet on and be filtered.

24          So hopefully I answered your question, Judge, to the

25     best of my ability.

1          THE COURT:  On water pressure, where are we?

2      MR. LUMUMBA:  So as Mr. Henifin stated, we have weekly

3    meetings, and in those meeting, you know, I can only rely on

4    what he shares with me.  He states that we are in a better

5    place than we've been, and so I rely on that, and I

6    appreciate that.

7          I think there are some other areas of concern that

8    we've talked about, such as, you know, making sure that we

9    ensure that there is proper water pressure at all of our

10   fire hydrants.  We've talked about that.

11         And I don't want to go too deeply in that, Judge, but I

12   think that there are points that we just -- as this system

13   is being repaired, as this system has not had all of the

14   routine maintenance and investment that it has needed over

15   decades, I don't believe that we are dealing with a sprint,

16   we are dealing with a marathon, and we have to ensure that

17   all opponents of the system are better protected than they

18   have been.

19     THE COURT:  Anything else you want to add to your

20   comments about what was said here today or about what was

21   said on the video?

22     MR. LUMUMBA:  Once again, I think that it has been

23   established that what I said was factually correct.  It in

24   no way was intended to destroy the confidence of residents

25   in our water system.  In fact, it was the exact opposite.

1    It was stated more than five times that it was to increase

2    the confidence of our residents.  It was stated expressly

3    that there has not been discovered any actual threats or

4    danger in our system.

5        I stand by that press conference, and I stand by what

6    I've shared with you today of what Chokwe Lumumba's

7    perspective of the water system is, but we do have the

8    conflict of the notices that we've been required to issue

9    and what the public's perception of those things are.

10       And then I would just conclude.  The question that was

11   asked to me at the end was not when I believe that the water

12   will be safe or how long it would take for safety.  The

13   question that was asked to me at the end was how long would

14   it take for the soda ash system to be repaired or

15   identified, the engineered solution, and my response was a

16   response that I was able to give because I had met with

17   Mr. Henifin a mere day or two days prior to the press

18   conference, and I had immediate firsthand knowledge as to

19   how long it would take.

20       THE COURT:  All right.  Thank you very much.

21       MR. LUMUMBA:  Thank you, Judge.

22       THE COURT:  Mr. Henifin, could you go back to the

23   podium, please.  Mr. Henifin, did you hear anything with

24   which you disagree?

25       MR. HENIFIN:  No.  I think we're --

1        THE COURT:  Did you hear anything that you think

2    deserves clarification?

3        MR. HENIFIN:  I don't think so.

4        THE COURT:  And on this matter of notices, do you have

5    an opinion as to the City's requirement under these notices?

6        MR. HENIFIN:  The notice -- I was just rereading the

7    one that was in the package that you received that went out

8    in -- it doesn't actually have the Health Department's

9    recommendation about filtering the water.  It's on the

10   website, the Health Department website.  I don't believe

11   it's a requirement in the notice, and they didn't print it

12   in the notice that went out.  It's in the package.

13       So, again, that's a very interesting requirement that's

14   not even a requirement.  Precautionary recommendation.  I

15   don't even know what that really means, a precautionary

16   recommendation, and it does appear on the Health Department

17   website, but I don't see it on that particular notice.  It

18   has been on previous notices, so I'm not sure where the

19   requirement is.  So I will continue to pursue that, as the

20   mayor said, between JXN Water and the Health Department to

21   understand the origin, what the requirement is, and we will

22   conform to whatever they require.

23       But at the same time, distributing filters in the way

24   we just did I do believe could set the impression that the

25   water was unsafe unless you filter it, and that's why we are

1    here today, I think, to set that record straight that the

2    water is safe without filters.  Filters are personal choice.

3        THE COURT:  And are you satisfied that with today's

4    conference we have everyone on the same page saying that the

5    City of Jackson's water is safe?

6        MR. HENIFIN:  I believe we do have everyone on the same

7    page, Your Honor.

8        THE COURT:  And are you satisfied that those persons

9    out there who thought that it was not safe for children

10   under five should recognize from this session with all

11   concerned that that is simply not true?

12       MR. HENIFIN:  Yes, Your Honor.

13       THE COURT:  And are you further satisfied that at this

14   point those who thought that pregnant women were at risk

15   with Jackson's water presently could recognize that under

16   the Clean Water Act that's not true?

17       MR. HENIFIN:  Yes, Your Honor.

18       THE COURT:  And that further, that efforts are still

19   being waged to clean the water, purify the water, and to win

20   the confidence of the Jackson residents on usage of the

21   water?

22       MR. HENIFIN:  Yes, Your Honor.  And the efforts are --

23   you know, we are making great water, but the efforts to make

24   sure that we can do that consistently without interruption

25   are where we're making our investments.  But the water has

1      been pure, clean, and in great shape, and --

2          THE COURT:  And furthermore, are you -- are you

3      satisfied at this point that those who may have placed undue

4      confidence in water filters need to understand that, one,

5      they don't need them for clean water and, two, that

6      retention of these devices over too long a period may cause

7      some health situations?

8          MR. HENIFIN:  I am in full agreement with the mayor

9      that they should follow the manufacturer's instructions to

10     make sure they protect themselves.

11         THE COURT:  That was not mentioned in the video but

12     that it should be included, and that's what we're doing

13     now --

14         MR. HENIFIN:  Yes, Your Honor.

15         THE COURT:  -- is telling the public that those water

16     filters could themselves pose a problem or a danger; is that

17     correct?

18         MR. HENIFIN:  Yes.  Without following the

19     manufacturer's instructions.

20         THE COURT:  All right.  Now, when I first talked to you

21     about the soda ash and the liquid lime, your immediate

22     response is you thought that might be confusing to the

23     public.

24         MR. HENIFIN:  Yes, Your Honor.

25         THE COURT:  Do you think now this session has had an

1    effect upon their potential confusion?

2       MR. HENIFIN:  Maybe a little bit.  It is a challenging

3    issue, so I don't know that we have solved everyone's

4    concerns or even questions around what chemicals are used to

5    treat water and how water is to be treated.  But I think

6    that is a job for us to do a much better job of explaining

7    water treatment to the general public in terms that they can

8    understand.  So I am taking that away as an action item.

9       THE COURT:  Okay.  Because now what you are saying is

10   that it is an additive but it is not a dangerous additive?

11      MR. HENIFIN:  That is correct.

12      THE COURT:  And then on the water pressure, that is a

13   work in process?

14      MR. HENIFIN:  It will be work in progress for many,

15   many months, a year, two.  We are working on it.  Continue

16   to.

17      THE COURT:  Okay.  So are there any other concerns you

18   think we need to cover here to be sure that the public

19   understands that there is a tremendous effort here on the

20   part of all concerns to build trust in the water system?

21      MR. HENIFIN:  I think you have done a good job of

22   getting us all to that point, Your Honor.

23      THE COURT:  And are there any other matters that you

24   think need to be mentioned here?

25      MR. HENIFIN:  No, Your Honor.

1            THE COURT:  Okay, then.  Mr. Henifin, I want to thank

2      you, then.

3            Thank the mayor.

4            Thank all of the parties here for being here.

5            And I understand there are some required notices that

6      have to go out.

7            Mr. Kucia, you represent the Mississippi Department of

8      Health?

9            MR. KUCIA:  Yes, sir.

10           THE COURT:  Do you agree that these required notices

11     actually were, quote/unquote, "under the regulations

12     required"?

13           MR. KUCIA:  It's my understanding yes, sir, they are.

14           THE COURT:  And on what basis are these notices

15     required?  What is the basis for them?

16           MR. KUCIA:  The LCR.  The lead and copper rule, Your

17     Honor.

18           THE COURT:  But you are not saying by these notices

19     that the water is unsafe?

20           MR. KUCIA:  No, sir.

21           THE COURT:  You are not saying by these notices that

22     there is lead and copper that would have a deleterious

23     effect on drinkers of the water?

24           MR. KUCIA:  No, sir.

25           THE COURT:  These notices are routine notices?

1           MR. KUCIA:  It is my understanding that they're

2    routine.  They have been routine since I believe 2020 --

3    2016 -- I'm sorry.  Since -- based on what the city attorney

4    is saying, since 2016, not 2020.

5           THE COURT:  So these notices have been going out since

6    2016?

7           MR. KUCIA:  Yes, sir.

8           THE COURT:  And they do not indicate at all that our

9    water is unsafe?

10          MR. KUCIA:  No.  They are simply advisory, Your Honor.

11          THE COURT:  "Advisory" means what?

12          MR. KUCIA:  Based on the rules and regulations, the --

13   pertaining to lead and cooper rule.

14          THE COURT:  But the notices have to be sent out.

15          MR. KUCIA:  Yes, sir.

16          THE COURT:  Any idea how long these notices will have

17   to continuously be sent out?

18          MR. KUCIA:  No, sir, I don't.

19          THE COURT:  But the notices are simply to do what?

20          MR. KUCIA:  To provide information is what I

21   understand, Your Honor.

22          THE COURT:  But, again, nothing about these notices

23   indicate that Jackson's water is unsafe?

24          MR. KUCIA:  That's correct, Your Honor.

25          THE COURT:  Nothing about these notices indicate that

1      Jackson water does not meet the Safe Water Drinking Act?

2          MR. KUCIA:  That's correct, Your Honor.

3          THE COURT:  They're just simply notices.

4          MR. KUCIA:  Yes, sir.  Based on the lead and copper

5      rule.

6          THE COURT:  Okay.  Anything you want to add to that,

7      Mr. Kucia?

8          MR. KUCIA:  No, sir.

9          THE COURT:  All right.  Thank you so much.

10         MR. HENIFIN:  Your Honor, can I for a second?

11         THE COURT:  Yes.

12         MR. HENIFIN:  So the notices are required because we

13     don't have the optimized corrosion control system in place.

14     In lieu of that, we monitor these water quality parameters

15     monthly, and if we have more than nine exceedances, which is

16     pretty common because there are a lot -- and water quality

17     parameters, again, it's pH, alkalinity, and dissolved

18     inorganic carbon.  Nothing in there that's detrimental to

19     your health.  That is just keeping the water from being

20     corrosive, a measure in a very narrow line.

21         If you have more than nine, you are required to put out

22     a notice to let folks know you essentially still haven't got

23     your corrosion control optimized, so these have to go out

24     every two months, I think -- 30 days after.  So it is

25     required to put the notice out 30 days after you realize you

1  have exceeded that nine number in the water quality

2  parameters, so because we are exceeding it all the time,

3  they're going out every 60 days, basically, from the

4  previous sampling.  So these will continue until the

5  optimized corrosion control is in place and we can prove it

6  has been delivering water.

7       But all that said, the actual concern of lead and

8  copper rule is, is there lead in the water?  We have proven

9  through testing and sampling in accordance with the Safe

10  Drinking Water Act that we are below the action level limit,

11  that based on Safe Drinking Water Act our water is safe to

12  drink, and yet this is just a -- it's a requirement of the

13  Safe Drinking Water Act that we have to let folks know that

14  those parameters around pH, alkalinity, and dissolved

15  inorganic carbon are not being maintained in that tight

16  range, but yet we are not having any lead issue.  So this is

17  a requirement.

18       The part that I was harping on a little bit earlier was

19  the need to put the statement in; that is, the precautionary

20  recommendation from the Department of Health, that the water

21  should be filtered for children under five and pregnant

22  women.  This latest notice doesn't have that.  I don't

23  believe it is required that we put that particular

24  precautionary recommendation, and that's sort of where I

25  need to trace this back with the Health Department to see

1      that that particular precautionary recommendation is not

2      legally required to be in the notice.

3           THE COURT:  And the bottom line again is?

4           MR. HENIFIN:  Water is safe to drink for all

5      populations.

6           THE COURT:  The water is safe and this whole matter

7      here of notice does not affect the status of the water under

8      the Clean Water Act?

9           MR. HENIFIN:  Safe Drinking Water Act, Your Honor.

10          THE COURT:  Right.  Does not affect it at all.

11          MR. HENIFIN:  Yes, Your Honor.

12          THE COURT:  Okay.  Thank you so much.

13          And for everybody else, thank you all for answering the

14     Court's call.  I wanted to get these matters out as quickly

15     as possible to the public just in case there are some people

16     out there who have some notion that Jackson's water is

17     unsafe or that it is definitely unsafe for children under

18     five and pregnant women and the vulnerable population,

19     *et cetera*, so I wanted to be sure that there was no

20     confusion on these matters, and also I wanted to hear from

21     the principals here so then I could reach my own conclusion

22     as to where we were and where we are going.

23          So thank you all so much for the status conference, and

24     I will be in contact with those who were supposed to be in

25     contact with me on a regular occasion.  But thank you all

1     for coming.  Thank you much.

2     ************************************************************

1           **COURT REPORTER'S CERTIFICATE**

2

3      I, Caroline Morgan, Official Court Reporter for the

4 United States District Court for the Southern District of

5 Mississippi, do hereby certify that the above and foregoing

6 pages contain a full, true, and correct transcript of the

7 proceedings had in the forenamed case at the time and place

8 indicated, which proceedings were stenographically reported by

9 me to the best of my skill and ability.

10      I further certify that the transcript fees and format

11 comply with those prescribed by the Court and Judicial

12 Conference of the United States.

13      THIS, the 30th day of June, 2023.

14

15                   /s/ Caroline Morgan, CCR

16                   Caroline Morgan CCR #1957
                     Official Court Reporter

17                   United States District Court
                     Caroline_Morgan@mssd.uscourts.gov

18

19

20

21

22

23

24

25