IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | Case No. 3:22-cv-00686-HTW-LGI |
| v. | ) ) ) | |
| THE CITY OF JACKSON, MISSISSIPPI, | ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

A status conference is scheduled in this case for **July 12, 2023** at **9:30 A.M.** Members of the public may listen in by dialing 1-877-336-1831 and entering passcode 8837615#.

**SO ORDERED,** this the 10th day of July, 2023.

/s/HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE