**EXHIBIT A- APRIL 6TH TO APRIL 13TH EMAILS**

Fwd: Testing fire hydrates

Roderick D. Wilson <rodwilson@city.jackson.ms.us>
Tue 7/11/2023 10:45 AM
To:Catoria P. Martin <cmartin@city.jackson.ms.us>

Sent from my iPhone

Begin forwarded message:

> **From:** "Roderick D. Wilson" </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=4FD8A9C57D634631A3EA17AF3CD59619-RODERICK D.>
> **Date:** April 13, 2023 at 8:13:57 AM CDT
> **Subject: Re: Testing fire hydrates**
>
> Thank you for informing me. I will be there.
>
> Rod.
>
> Sent from my iPhone
>
>> On Apr 13, 2023, at 7:55 AM, Jordan Rae Hillman <Jordan@jxnwater.com> wrote:
>>
>> We are at 1054 Greymont in the Summit Building, we can use my conference room.
>>
>> Thanks,
>>
>> 
>>
>> Jordan Rae Hillman (she/her)
>> Chief Operating Officer
>> JXN Water
>>
>> ---
>>
>> **From:** Roderick D. Wilson <rodwilson@city.jackson.ms.us>
>> **Sent:** Wednesday, April 12, 2023 9:25 AM
>> **To:** Jordan Rae Hillman <Jordan@Jxnwater.com>
>> **Subject:** Re: Testing fire hydrates
>>
>> Jordan,

9:30am Friday is great.   Where shall we meet?

Rod

Sent from my iPhone

> On Apr 12, 2023, at 9:17 AM, Jordan Rae Hillman <Jordan@jxnwater.com> wrote:
>
> Rod -
>
> Happy to meet with you. ==We have a contractor testing, flowing, and repairing our hydrants this year.== I believe it may meet your requirements. Do you have availability Friday at 9:30?
>
> Get Outlook for iOS
>
> ---
>
> **From:** Roderick D. Wilson <rodwilson@city.jackson.ms.us>
> **Sent:** ==Wednesday, April 12, 2023 9:08:30 AM==
> **To:** Ted Henifin <ted@Jxnwater.com>
> **Cc:** Jordan Rae Hillman <Jordan@Jxnwater.com>
> **Subject:** Fwd: Testing fire hydrates
>
> Good morning,
>
> This is Chief Wilson at the Fire Marshal's Office.   I am ==following up== on this email referencing fire hydrants.
>
>
> Thanks
> District Chief Rod Wilson
> Water Supply Officer.
> Sent from my iPhone
>
> Begin forwarded message:
>
>> **From:** "Roderick D. Wilson" <rodwilson@city.jackson.ms.us>
>> **Date:** ==April 6, 2023 at 11:01:12 AM CDT==
>> **To:** Ted@jxnwater.com
>> **Cc:** Percy Evans <pevans@city.jackson.ms.us>
>> **Subject: Testing fire hydrates**
>>
>> Good morning Mr. Henifin,
>>
>> My name is Rod Wilson.   I am the District Chief/Water Supply Officer of the Fire Marshal  Division at the City of Jackson MS.  I am contacting you to ==verify if you company is going to take over the flowing and testing of the city's fire hydrants.==    CC'd in this email is the Division Chief of the Fire Marshal Office, Chief Percy Evans.

When time permits, Chief Evans and myself will like to have a conference/meeting with you and/or your team ==about the process you prefer us to implement when reporting damaged plugs, low water pressure and other issues of the nature.==
We are looking forward to hearing from you, also working with your staff.

Thanks
D.C. Rod Wilson WSO
6019604223

Sent from my iPhone