IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
(Northern Division)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:22-cv-00686-HTW-LGI |
| ) | |
| v. ) | |
| ) | |
| THE CITY OF JACKSON, MISSISSIPPI, ) | **SCHEDULE REVISION** |
| ) | |
| Defendant. ) | |
| ) | |

    At the close of the Status Conference held on the dates of July 12, 2023, and July 13, 2023, this court announced that it would file a response by Tuesday, July 18, 2023, to the criticisms relative to Ted Henifin's handling of the water crisis pursuant to his appointment by the court as Interim Third-Party Manager. When this court made its announcement, it was unaware that certain other pressing matters had to be decided and filed first. Accordingly, this court must revise its schedule for filing its responses to comments rendered at the Status Conference. The court, therefore, announces that it will file its response by Friday, July 21, 2023.

                                      /s/HENRY T. WINGATE
                                      UNITED STATES DISTRICT COURT JUDGE