Speaking Engagements

| Date | Event |
|---|---|
| 12/05/2022 | Mayor's Press Conference |
| 12/07/2022 | Town Hall at Forest Hill |
| 12/13/2023 | Jackson People Assembly – Via Zoom |
| 12/14/2022 | Delegation Lunch with John Horhn |
| 1/2/2023 | Councilman Banks Town Hall |
| 1/8/2023 | Community meeting at the Cedars |
| 1/10/2023 | Fondren Renaissance Board Meeting |
| 1/11/2023 | WMPR Radio Show – Coffee with Othor Cain |
| 1/17/2023 | Greater Belhaven Community Meeting |
| 1/18/2023 | Dinner with Chamber Board |
| 1/23/2023 | WMPR John Horhn Radio Show Guest |
| 1/25/2023 | Community Foundation – Board of Trustees |
| 1/26/2023 | Inclusive Business Participation Open House |
| 1/27/2023 | Presser to announce Financial Management Plan |
| 2/13/2023 | Jayne Avenue Neighborhood Association |
| 2/14/2023 | BOMA Mississippi Luncheon (Building Owners and Managers Association) |
| 2/15/2023 | State Street Partners and President of Millsaps |
| 2/17/2023 | Lunch with Ben Allen and others |
| 2/21/2023 | Hinds County Board of Supervisors |
| 2/24/2023 | Press Conference at Hinds Community College – Scholarship Announcement and Jacobs Contract |
| 2/24/2023 | WMPR MPower Hour (Mumford's) Radio Show Guest |
| 3/7/2023 | Millsaps Town Hall |
| 3/21/2023 | Byram Chamber of Commerce Luncheon |
| 4/4/2023 | AWWA Conference in Mobile |
| 4/14/2023 | National Association of Black Journalists – Regional Conference |

Speaking Engagements Continued

| | |
|---|---|
| 5/10/2023 | Podcast Interview with EJ Russell |
| 5/17/2023 | MCAMI (Minority Contractors Association of Mississippi, Inc) |
| 5/18/2023 | Mississippi Rapid Response Coalition (Danyelle Holms) |
| 5/18/2023 | Eastover Neighborhood Association |
| 6/6/2023 | Millsaps Alumni Group |
| 6/13/2023 | IREM Mississippi Luncheon (Institute of Real Estate Management) |
| 6/19/2023 | WMPR John Horhn Radio Show Guest |
| 6/27/2023 | Phoenix Club of Jackson Luncheon |