IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
(Northern Division)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>and the STATE OF MISSISSIPPI,<br><br>    Plaintiffs,<br><br>    v.<br><br>THE CITY OF JACKSON, MISSISSIPPI,<br><br>    Defendant. | Case No. 3:12-cv-790-HTW-LGI<br>(Clean Water Act Case) |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>THE CITY OF JACKSON, MISSISSIPPI,<br><br>    Defendant. | Case No. 3:22-cv-00686-HTW-LGI<br>(Safe Drinking Water Act Case) |

**STIPULATED ORDER ADMINISTRATIVELY CONSOLIDATING CASES**

COME NOW the parties in the above referenced matters and hereby stipulate and agree as follows:

WHEREAS the parties in Case No. 3:12-cv-790-HTW-LGI—referred to as the "Clean Water Act Case"—are plaintiffs the United States of America and the State of Mississippi, acting through the Mississippi Commission on Environmental Quality and the Mississippi

Department of Environmental Quality ("MDEQ"), and defendant the City of Jackson, Mississippi;

WHEREAS the parties in Case No. 3:22-cv-00686-HTW-LGI—referred to as the "Safe Drinking Water Act Case"—are plaintiff the United States of America and defendant the City of Jackson, Mississippi;

WHEREAS the parties of the Clean Water Act Case and the Safe Drinking Water Act Case are collectively referred to herein as the "Parties";

WHEREAS during a July 31, 2023, status conference, the Court proposed to consolidate these cases, which are both pending before the Honorable Henry T. Wingate;

WHEREAS the Parties agree to consolidation of these cases for administrative purposes only;

WHEREAS Interim Third-Party Manager ("ITPM") Ted Henifin stated during the July 31, 2023, status conference that he has no objection to consolidation of these cases for administrative purposes;

IT is hereby ORDERED:

1. Beginning on the date this Order is entered on the respective dockets of the Clean Water Act Case and the Safe Drinking Water Act Case, the Parties and the ITPM shall file matters in these cases using the combined case headings as shown above.

2. The filer shall clearly specify, either in the heading or the name of the document, the underlying matter to which the filing relates (i.e., "Clean Water Act Case" or "Safe Drinking Water Act Case").

3. The Parties and the ITPM are further directed that all electronic filings related to these cases shall be filed in the ECF system using the older case number, No. 3:12-cv-790-HTW-LGI.

4. The Clerk of this Court is hereby directed to send ECF notifications entered in these consolidated cases to all of the counsel who have entered appearances in either/both cases.

5. This Order may be terminated by request of the Parties, with approval of the Court, if administrative consolidation in no longer appropriate.

ENTERED this 14th day of August, 2023.

/s/HENRY T. WINGATE
United States District Court

SO Stipulated:

FOR THE UNITED STATES OF AMERICA:

                                              TODD KIM
                                              Assistant Attorney General
                                              Environment and Natural Resources Division
                                              U.S. Department of Justice

Dated: August 14, 2023            /s/ Angela Mo
                                              KARL FINGERHOOD (PA Bar No. 63260)
                                              ANGELA MO (CA Bar No. 262113)
                                              Attorneys
                                              Environmental Enforcement Section
                                              Environment and Natural Resources Division
                                              U.S. Department of Justice
                                              P.O. Box 7611
                                              Washington, D.C. 20044-7611
                                              Tel: (202) 514-7519
                                              Fax: (202) 616-2427
                                              Email: Karl.Fingerhood@usdoj.gov
                                                         Angela.Mo@usdoj.gov


                                              DARREN J. LAMARCA
                                              United States Attorney for the
                                              Southern District of Mississippi

Dated: August 14, 2023            /s/ Angela Givens Williams
                                              ANGELA GIVENS WILLIAMS (MS Bar No. 102469)
                                              Chief, Civil Division
                                              Assistant United States Attorney
                                              United States Attorney's Office
                                              501 East Court Street, Suite 4.430
                                              Jackson, Mississippi 39201
                                              Tel: (601) 965-4480

FOR THE CITY OF JACKSON, MISSISSIPPI:

        CATORIA MARTIN (MS Bar No. 103938)
        City Attorney
        Email: cmartin@city.jackson.ms.us

Dated: August 11, 2023       /s/ Terry S. Williamson
        TERRY S. WILLIAMSON (MS Bar No. 8639)
        Legal Counsel
        Email: twilliamson@city.jackson.ms.us

        OF COUNSEL:
        OFFICE OF THE CITY ATTORNEY
        455 East Capitol Street
        Post Office Box 2779
        Jackson, Mississippi 39207-2779
        Tel: (601) 960-1799
        Fax: (601) 960-1756

FOR THE STATE OF MISSISSIPPI, ACTING THROUGH THE MISSISSIPPI COMMISSION ON ENVIRONMENTAL QUALITY AND THE MISSISSIPPI DEPARTMENT OF ENVIRONMENTAL QUALITY:

Dated: August 14, 2023

<u>Gretchen Zmitrovich</u>
GRETCHEN ZMITROVICH (MS Bar No. 101470)
DONNA J. HODGES (MS Bar No. 9561)
ROY FURRH (MS Bar No. 4321)
Senior Attorneys
Mississippi Department of Environmental Quality
Post Office Box 2261
Jackson, Mississippi 39225-2261
Tel: (601) 961-5050
Fax: (601) 961-5349
Email: gzmitrovich@mdeq.ms.gov
dhodges@mdeq.ms.gov
rfurrh@mdeq.ms.gov