**F0008**
**Fee: $ 25**



**2023033021**

Business ID: 1368792
Filed: 01/20/2023 04:46 AM
Michael Watson
Secretary of State

P.O. BOX 136
JACKSON, MS 39205-0136
TELEPHONE: (601) 359-1633

2023  Corporate Annual Report

## Business Information

*Business ID:* 1368792          *Business Name:* JXN Water Inc

*State of Incorporation:* MS    *Business Email:* ted.henifin@gmail.com

*Phone:* (***)***-****

*FEIN:* **-*******

*Principal Address:* 802 Lakeland Drive, APT 414
Jackson, MS 39216

## Registered Agent

*Name:* Edward Henifin

*Address:* 802 Lakeland Drive, Apt 414
Jackson, MS 39216

## Officers

| Title/Name: | Address: | Director: |
| --- | --- | --- |
| **President:** | | ☐ |
| **Vice President:** | | ☐ |
| **Secretary:** | | ☐ |
| **Treasurer:** | | ☐ |

## Stocks

| Class: | Authorized: | Series: | Issued: |
| --- | --- | --- | --- |
| Common | 1 | | 1 |

## NAICS Code/Nature of Business

221310 - Water Supply and Irrigation Systems

EXHIBIT
**2**

## **Signature**

By entering my name in the space provided, I certify that I am authorized to file this document on behalf of this entity, have examined the document and, to the best of my knowledge and belief, it is true, correct and complete as of this day ***01/20/2023***.

| *Name:* | *Address:* |
|---------|------------|
| Edward G Henifin | 802 Lakeland Drive, APT 414 |
| *Director* | JACKSON, MS 39216 |

## **Officers List**

| *Name:* | *Address:* |
|---|---|
| Edward G Henifin | 802 Lakeland Drive, APT 414 |
| *Director* | JACKSON, MS 39216 |